1  Nadia P. Bermudez, Bar No. 216555
   Patrick J. Goode II, Bar No. 299697
2  KLINEDINST PC
   501 West Broadway, Suite 600
3  San Diego, California 92101
   (619) 239-8131/FAX (619) 238-8707
4  nbermudez@klinedinstlaw.com
   pgoode@klinedinstlaw.com
5
   Attorneys for Defendant
6  EVANS HOTELS, LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  JAMES RUTHERFORD, an              Case No. **'18CV0435 JLS NLS**
    individual, THE ASSOCIATION 4
12  EQUAL ACCESS,                     **DEFENDANT EVANS HOTELS, LLC'S
                                      NOTICE OF REMOVAL OF ACTION**
13              Plaintiffs,           **UNDER 28 U.S.C. § 1441(A) (FEDERAL
                                      QUESTION)**
14          v.
                                      Courtroom:
15  EVANS HOTELS, LLC, a California   Judge:
    limited liability company and DOES 1   Magistrate Judge:
16  to 50,                           Complaint Filed:  1/18/18
                                      Trial Date:      None set
17              Defendants.

18

19  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

20          PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. sections 1331, 1441, and

21  1446, Defendant EVANS HOTELS, LLC ("Evans") hereby removes to this Court the

22  state action described below.

23          1.     On January 18, 2018, an action was commenced by Plaintiffs JAMES

24  RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS in the

25  Superior Court of California, County of San Diego, entitled *James Rutherford, an*

26  *individual, The Association 4 Equal Access v. Evans Hotels, LLC*, case number 37-2018-

27  00002844-CU-CR-CTL.

28  / / /

                                   - 1 -

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

2.      Evans received a copy of the initial pleading setting forth the claim for relief upon which the state court action is based by service of the Summons and Complaint on January 26, 2018.  True and correct copies of the Summons and Complaint are attached hereto as **Exhibit A (the "Complaint")**.  A First Amended Complaint was served on February 20, 2018.  True and correct copy of the First Amended Complaint is attached hereto as **Exhibit B (the "FAC")**.  This Notice of Removal is timely.

3.      Evans filed its Answer to the Complaint in state court on or around February 22, 2018.  A true and correct copy of Defendant's Answer is attached hereto as **Exhibit C**.

4.      This is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331, which may be removed to this Court pursuant to the provisions of 28 U.S.C. section 1441(a), because it arises under 42 U.S.C. section 12181 et seq. (the Americans with Disabilities Act of 1990 ["ADA"]).

5.      Specifically, the Complaint alleges that the Defendant's arises under the ADA and/or relates to federal regulations (28 CFR § 36.302(e)(1),(3)).  (See, e.g., Complaint ¶¶ 3-9, 11, 14-16 [describing plaintiff's rights under the ADA], 21, 28, 33-34, 38, and Prayer for relief).  For example, paragraph 34 in support of the first cause of action seemingly alleges that all the "discriminatory conduct" fall under the ADA and "therefore also violates the Unruh Act."  Similarly, paragraph 38 in support of the second cause of action alleges a violation of the ADA, without separate or different liability under California Civil Code, section 51 et seq. ("Unruh Act").  The Prayer for relief further requests remedies pursuant to the ADA.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1         6.     Evans Hotels, LLC is not aware of any other defendants that have been

2    named or served in the state court action.

3

4                              KLINEDINST PC

5

6    DATED: February 26, 2018     By:  /s/ Nadia P. Bermudez

7                                     Nadia P. Bermudez

                                 Patrick J. Goode II

8                                     Attorneys for Defendant

                                 EVANS HOTELS, LLC

9    17196811v1

10

11

12

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT EVANS HOTELS, LLC'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(A)
(FEDERAL QUESTION)

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| JAMES RUTHERFORD, THE ASSOCIATION 4 EQUAL ACCESS | EVANS HOTELS, LLC |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joseph R. Manning, Jr.  949-200-8755
Manning Law, APC
4667 MacArthur Blvd., Ste 150, Newport Beach, CA 92660

Attorneys *(If Known)*
Nadia P. Bermudez  619-239-8131
Klinedinst PC
501 W. Broadway, Suite 600, San Diego, CA 92101

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 365 Personal Injury - Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | **IMMIGRATION** | |
| | | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | |
| | | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
This case is filed under 28 U.S.C. section 1441(a), and arises under 42 U.S.C. section 12181 et seq.

Brief description of cause:
The case alleges a violation of the Americans with Disabilities Act of 1990.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE
02/26/2018

SIGNATURE OF ATTORNEY OF RECORD
s/ Nadia P. Bermudez

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

1   Nadia P. Bermudez, Bar No. 216555
    Patrick J. Goode II, Bar No. 299697
2   KLINEDINST PC
    777 S. Figueroa St., Suite 2800
3   Los Angeles, California  90017
    (213) 406-1100/FAX (213) 406-1101
4   nbermudez@klinedinstlaw.com
    pgoode@klinedinstlaw.com
5
    Attorneys for Defendant
6   EVANS HOTELS, LLC

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  JAMES RUTHERFORD, an          Case No.
    individual, THE ASSOCIATION 4
12  EQUAL ACCESS,                 CERTIFICATE OF SERVICE

13              Plaintiffs,        Trial Date:      None set

14        v.

15  EVANS HOTELS, LLC, a California
    limited liability company and DOES 1
16  to 50,

17              Defendants.

18

19        I declare that:

20        I am and was at the time of service of the papers herein, over the age of eighteen
    (18) years and am not a party to the action. I am employed in the County of San Diego,
21  California, and my business address is 501 West Broadway, Suite 600, San Diego,
    California  92101.
22
          On **February 26, 2018**, I caused to be served the following documents:
23
               **DEFENDANT EVANS HOTELS, LLC'S NOTICE OF REMOVAL
24             OF ACTION UNDER 28 U.S.C. SECTION 1441(A) (FEDERAL
               QUESTION)**
25
               **CIVIL COVER SHEET**
26

27

28

                                        1

☐ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at San Diego, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated.  I am readily familiar with the firm's practice of collection and processing correspondence in mailing.  It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

☐ **BY SHAREFILE:** Pursuant to Federal Rules of Civil Procedure 5(b)(2)(E), the parties have agreed to accept service via ShareFile.  I caused an electronic notice to be sent to the person(s) at the email address(es) listed below.  This notice contained a secure link that permits the person(s) individual access to download the above listed documents.  Notification is provided via counsel's secure ShareFile system's administrative email account, mail@sf-notifications.com.  A copy of the sent email will be maintained with the documents in our office. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.  This link will expire after 60 days and access will no longer be permitted to the documents.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address.

    ☐ By personally delivering the copies;

    ☐ By leaving the copies at the attorney's office;

        ☐ With a receptionist, or with a person having charge thereof; or

        ☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

    ☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

2

CERTIFICATE OF SERVICE

| | |
|---|---|
| Joseph R. Manning, Jr.<br>Michael J. Manning<br>Tristan P. Jankowski<br>Craig G. Cote<br>Manning Law, APC<br>4667 MacArthur Boulevard, Suite 150<br>Newport Beach, CA  92660 | Attorneys for Plaintiffs, JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS<br><br>949-200-8755 / FAX: 866-843-8308<br><br>adapracticegroup@manninglawoffice.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2018, at San Diego, California.

Faith Ann McGee

17203567v1

3

CERTIFICATE OF SERVICE