UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Rutherford, an individual, and The Association 4 Equal Access,<br><br>Plaintiffs,<br><br>v.<br><br>Evans Hotels, LLC a California limited liability company, and DOES 1 to 50,<br><br>Defendant. | Case No.:  18-cv-00435-JLS-BGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF NO. 7]** |

 Presently before the Court is the parties' Joint Motion to Continue Early Neutral Evaluation Conference (ECF No. 7) due to defense counsel's preexisting scheduling conflict on April 25, 2018.  Accordingly, good cause appearing, the Court GRANTS the Joint Motion and hereby **CONTINUES** the Early Neutral Evaluation Conference set before Judge Skomal to **April 30, 2018** at **10:00 AM**.

 Further, due to limited availability on the Court's calendar, the Early Neutral Evaluation Conference shall be **telephonic, with attorneys only**.  Plaintiffs' counsel shall initiate the **JOINT** call to the Court at (619) 557-2993 on **April 30, 2018** at **10:00 AM.**

1 All other dates and deadlines set forth in the Court's March 16, 2018 Order scheduling the
2 Early Neutral Evaluation Conference (ECF No. 5) **remain in effect**.

      **IT IS SO ORDERED.**

Dated: April 5, 2018

                                    Hon. Bernard G. Skomal
                                    United States Magistrate Judge