| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **HYDE & SWIGART** |
| Abbas Kazerounian, Esq. (249203) | Joshua B. Swigart, Esq. (225557) |
| ak@kazlg.com | josh@westcoastlitigation.com |
| Matthew M. Loker, Esq. (279939) | 2221 Camino Del Rio South, Ste. 101 |
| ml@kazlg.com | San Diego, CA 92108 |
| 245 Fischer Avenue, Ste. D1 | Telephone: (619) 233-7770 |
| Costa Mesa, CA 92626 | Facsimile: (619) 297-1022 |
| Telephone: (800) 400-6808 | |
| Facsimile: (800) 520-5523 | |

**MANNING LAW, APC**
Joseph R. Manning, Jr., Esq. (223381)
info@manninglawoffice.com
4667 MacArthur Boulevard, Ste. 150
Newport Beach, CA 92660
Telephone: (949) 200-8755
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*,

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES RUTHERFORD; AND, THE ASSOCIATION 4 EQUAL ACCESS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | **Case No.:** 18-cv-435 JLS (BGS) |
| | **NOTICE OF MOTION FOR LEAVE TO AMEND PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| Plaintiffs, | |
| v. | **DATE:** July 19, 2018 |
| | **TIME:** 1:30 P.M. |
| **EVANS HOTELS, LLC,** | **COURTROOM:** 4D |
| Defendant. | **HON. JANIS L. SAMMARTINO** |

///

///

///

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on **JULY 19, 2018** at **1:30 P.M.**, or as soon thereafter as the matter may be heard, Plaintiffs JAMES RUTHERFORD; and, THE ASSOCIATION 4 EQUAL ACCESS ("Plaintiffs") will move this Court located at **221 WEST BROADWAY, SAN DIEGO, CA 92101** Courtroom **4D**, for leave to file a Second Amended Complaint. Plaintiffs move this Court for an order under Rule 15(a) of the Federal Rules of Civil Procedure granting Plaintiffs leave to file the First Amended Complaint in the form shown in the copy of the proposed Second Amended Complaint that is attached to the Declaration of Matthew M. Loker as Exhibit 1.

This motion is based upon this Notice, the attached Memorandum of Points and Authorities, any attached declarations, and on such other evidence attached or as may be presented at the hearing of this motion.

Dated: May 15, 2018                                         Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:      /s/ Matthew M. Loker
         MATTHEW M. LOKER, ESQ.
         ATTORNEY FOR PLAINTIFFS

---

Case # 18-cv-435 JLS (BGS)            1 of 1            *Rutherford, et al. v. Evans Hotels, LLC*
**NOTICE OF MOTION FOR LEAVE TO AMEND PLAINTIFFS' FIRST AMENDED COMPLAINT**