UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Rutherford, an individual; The Association 4 Equal Access,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Evans Hotels, LLC a California limited liability company,<br><br>　　　　　　　　　　Defendant. | Case No.: 18-cv-00435-JLS-BGS<br><br>**AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

On June 6, 2018, the Court issued a Scheduling Order (ECF No. 15) regulating discovery. Since then, Plaintiff was granted leave to file a second amended complaint. (ECF No. 20.) The operative complaint, which now includes class allegations, was filed on July 27, 2018. (ECF No. 21.) Defendants answered on August 10, 2018. (ECF No. 22.)

Pursuant to the Scheduling Order, the parties were to jointly contact the chambers of Judge Skomal within three (3) court days of the issuance of the order granting Plaintiff leave to file an amended complaint to discuss amending the Scheduling Order. (ECF No. 15 ¶ 1.) The parties did not do so. However, because Plaintiff's operative complaint (ECF

No. 21) now contains class allegations, an amended scheduling order is needed. Accordingly, good cause appearing, **IT IS HEREBY ORDERED**:

1. All dates and deadlines set forth in the initial Scheduling Order (ECF No. 15) are **VACATED**.

2. Fact and class discovery are not bifurcated, but class discovery must be completed by all parties by **October 9, 2018**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, **so that it may be completed** by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, counsel shall follow the procedures outlined in the undersigned magistrate judge's chambers rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

3. Failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

4. Any motion for class certification must be filed on or before **November 9, 2018.** Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in a motion not being heard.

5. A **telephonic, attorney's only Status Conference** will be conducted by Magistrate Judge Bernard G. Skomal on **January 16, 2019** at **10:00 AM** to discuss

outstanding discovery the parties still need to complete. Plaintiff's counsel is responsible for coordinating and initiating a **JOINT** call to Judge Skomal's chambers at that time at (619) 557-2993.

6. Additional pre-trial deadlines will be set upon a ruling on the class certification motion.

7. The parties must review the chambers' rules for the assigned district judge and magistrate judge.

8. The dates and times set forth herein will not be modified except for good cause shown.

9. Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

10. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: August 15, 2018

_____
Hon. Bernard G. Skomal
United States Magistrate Judge