**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Ste. D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**MANNING LAW, APC**
Joseph R. Manning, Jr., Esq. (223381)
info@manninglawoffice.com
4667 MacArthur Boulevard, Ste. 150
Newport Beach, CA 92660
Telephone: (949) 200-8755
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Ste. 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs,*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES RUTHERFORD; AND, THE ASSOCIATION 4 EQUAL ACCESS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>v.<br><br>**EVANS HOTELS, LLC,**<br><br>Defendant. | **Case No.:** 18-cv-435 JLS (MSB)<br><br>**DECLARATION OF JAMES RUTHERFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**DATE:** February 21, 2019<br>**TIME:** 1:30 p.m.<br>**COURTROOM:** 4D<br><br>**HON. JANIS L. SAMMARTINO** |

///

///

///

///

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

## DECLARATION OF JAMES RUTHERFORD

I, JAMES RUTHERFORD, declare:

1. I am the named plaintiff in this action.

2. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. I am writing this declaration in support of my Motion for Class Certification in the above-captioned action.

4. I am also the founder of The Association 4 Equal Access ("A4EA")

5. I suffer from spinal stenosis.

6. My spinal stenosis is aggravated by a herniated disc.

7. I also have an arthritic condition in my thumbs.

8. This condition makes it difficult for me to grab, twist, and turn objects.

9. I require an accessible room when I travel as a result.

10. A4EA is an association that I started with the purpose of providing ADA related resources and information to disabled individuals.

11. Additionally, A4EA also seeks to ensure businesses increase accessibility at their facilities.

12. In 2017, I wanted to travel to San Diego.

13. I spend a lot of time conducting internet research before I travel due to my disabilities.

14. While planning my trip to San Diego, I visited each of Evans Hotel's websites, www.bahiahotel.com; www.catamaranresort.com; and, www.lodgetorreypines.com (the "Websites").

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

15. I was unable to determine whether any of these resorts would provide the accessible features that I required.

16. I decided not to stay at any of Evans Hotels' resorts due to this lack of information.

17. I was informed that Evans Hotels updated the Websites after my initial Complaint was filed.

18. I reviewed the websites thereafter.

19. I was still unable to locate sufficient information to determine whether I could utilize Evans Hotels resorts even after these changes occurred.

20. Explicit information on websites is extremely important to me so that I can determine in advance if a hotel offers sufficient accommodations.

21. In the past, I have reserved hotel rooms that either did not convey enough information online or conveyed incorrect information online regarding the accessible features.

22. This lack of accessible features was only made known to me when I traveled to the hotel and checked in.

23. These undisclosed issues forced me to suddenly change my plans and find alternate accommodations in cities that I was unfamiliar with.

24. In reserving a room that same day, I often am required to pay more than when I reserve a room in advance.

25. Adequate online descriptions for accessible rooms are crucial for me so that I can make informed decisions when reserving travel accommodations.

26. Prior to adding the class claims to this action, I had a discussion with my counsel to discuss this option.

27. My counsel informed me of the duties associated with serving as a class representative.

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

28. I agreed to do so because I want to ensure that other individuals with accessibility needs are able to obtain adequate information online from Evans Hotels.

29. I also want to ensure that other individuals with accessibility needs are able to reserve rooms online with Evans Hotels in the same manner as others.

30. After agreeing to pursue this matter as a class action, I reviewed the amended complaint which contained the class allegations.

31. I also conducted research of my own information to provide to my counsel in connection with the filing of this Complaint.

32. Thereafter, I have engaged in multiple written and oral communications with my counsel regarding case progress.

33. I also conducted research upon receipt of Evans Hotels' discovery requests.

34. Thereafter, I provided responses and documents to my counsel.

35. In addition, I sat for two separate depositions in this matter.

36. The first deposition was in my individual capacity and lasted approximately six hours.

37. The second deposition was in my capacity as the Fed. R. Civ. P. 30(b)(6) witness for A4EA.

38. This second deposition lasted approximately three hours.

39. I have reviewed the transcripts from these depositions.

40. A true and correct copy of the excerpts from my individual deposition are attached hereto as Exhibit 1.

41. A true and correct copy of the excerpts from my 30(b)(6) deposition are attached hereto as Exhibit 2.

42. I am unaware of any conflicts in this matter.

43. I would like to see Evans Hotels update Evans Hotels' Websites in order to provide sufficient information online for disabled individuals to know if the hotels offer sufficient accommodations.

44. I would also like Evans Hotels online reservation system to operate in the same manner for disabled individuals and others.

45. I request this Court grant my Motion for Class Certification.

I declare under penalty of perjury under the laws of the United States and those of the State of California that the foregoing is true and correct, and that this declaration was executed on January 10, 2019.

By: _____*James Rutherford*_____
                JAMES RUTHERFORD

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626