# Plaintiffs' Exhibit 1

---

In The Case Of

*James Rutherford; and, The Association 4 Equal Access, Individually and on Behalf of All Others Similarly Situated,*

v.

*Evans Hotels, LLC,*

**18-cv-435 JLS (MSB)**

**KAZEROUNI LAW GROUP, APC**
**1303 East Grand Avenue, Suite 101**
**Arroyo Grande, CA 93420**
**(805) 335–8455**

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF CALIFORNIA

3

4   ——————————————————————    **ORIGINAL**

                        )

5   JAMES RUTHERFORD, an     )

    individual, THE ASSOCIATION )

6   4 EQUAL ACCESS,         )

                        )

7        Plaintiffs,    )

                        )

8     vs.            ) Case No. 18-CV-00435-JLS(BGS)

                        )

9   EVANS HOTELS, LLC, a     )

    California limited liability )

10  company and DOES 1 to 50,  )

                        )

11       Defendants.    )

   ——————————————————————)

12

13

14

15     VIDEOTAPED DEPOSITION OF JAMES RUTHERFORD

16          San Diego, California

17        Tuesday, October 16, 2018

18            Volume I

19

20

21

22  Reported by:

    ELAINE SMITH, RMR

23  CSR No. 5421

24  Job No. 3030875

25  PAGES 1 - 209

                                Page 1

1              UNITED STATES DISTRICT COURT
2             SOUTHERN DISTRICT OF CALIFORNIA
3
4    _____
                                  )
5    JAMES RUTHERFORD, an         )
     individual, THE ASSOCIATION  )
6    4 EQUAL ACCESS,              )
                                  )
7          Plaintiffs,            )
                                  )
8      vs.                        )  Case No. 18-CV-00435-JLS(BGS)
                                  )
9    EVANS HOTELS, LLC, a         )
     California limited liability )
10   company and DOES 1 to 50,    )
                                  )
11         Defendants.            )
     _____ )
12
13
14
15
16        Videotaped Deposition of JAMES RUTHERFORD, Volume I,
17   taken on behalf of Defendant, at 501 West Broadway,
18   Suite 600, San Diego, California, beginning at 9:11 a.m.
19   and ending at 3:58 p.m., on Tuesday, October 16, 2018,
20   before ELAINE SMITH, RMR, Certified Shorthand Reporter
21   No. 5421.
22
23
24
25

                                              Page 2

```
 1    APPEARANCES:

 2

 3    For Plaintiffs:

 4         MANNING LAW, APC

 5         BY:  BABAK HASHEMI, ESQ.

 6         4667 MacArthur Boulevard, Suite 150

 7         Newport Beach, California 92660

 8         949-200-8755

 9         bhashemi@manninglawoffice.com

10

11    For Defendant Evans Hotels, LLC:

12         KLINEDINST PC

13         BY:  NADIA P. BERMUDEZ, ESQ.

14             CHARLES E.H. GULLEY III, ESQ.   (A.M. SESSION)

15         501 West Broadway, Suite 600

16         San Diego, California 92101

17         619-239-8131

18         nbermudez@klinedinstlaw.com

19         cgulley@klinedinstlaw.com

20

21

22

23

24

25
```

Page 3

```
 1    APPEARANCES: (CONTINUED)

 2

 3    Also Present:

 4        ANDREW K. PULS, CORPORATE COUNSEL, EVANS HOTELS

 5

 6    Videographer:

 7        KORY ROSS

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1                          INDEX
 2    WITNESS                                EXAMINATION
 3    JAMES RUTHERFORD
      Volume I
 4
 5
 6                        BY MS. BERMUDEZ            9
 7                        BY MR. HASHEMI           196
 8                        BY MS. BERMUDEZ          204
 9
10
11                       EXHIBITS
12    NUMBER                DESCRIPTION           PAGE
13    Exhibit 1    Bahia Resort Hotel web pages     96
                   printout, 15 pages
14
      Exhibit 2    Bahia Resort Hotel web pages    150
15                 printout, 2 pages
16    Exhibit 3    Bahia Resort Hotel web pages    153
                   printout, 3 pages
17
      Exhibit 4    Bahia Resort Hotel web pages    154
18                 printout, 2 pages
19    Exhibit 5    Bahia Resort Hotel web pages    156
                   printout, 2 pages
20
      Exhibit 6    Bahia Resort Hotel web pages    156
21                 printout, 2 pages
22    Exhibit 7    Bahia Resort Hotel web pages    157
                   printout, 2 pages
23
      Exhibit 8    Catamaran Resort Hotel web pages  160
24                 printout, 3 pages
25


                                           Page 5
```

```
 1                    INDEX (CONTINUED)
 2
 3                        EXHIBITS
 4     NUMBER           DESCRIPTION              PAGE
 5     Exhibit 9     Map of Catamaran Resort Hotel      168
                     property
 6
       Exhibit 10    Catamaran Resort Hotel web pages   169
 7                   printout, 2 pages
 8     Exhibit 11    Catamaran Resort Hotel web pages   170
                     printout, 2 pages
 9
       Exhibit 12    Bahia Resort Hotel web pages       171
10                   printout, 4 pages
11     Exhibit 13    The Lodge at Torrey Pines web      172
                     pages printout, 5 pages
12
       Exhibit 14    Catamaran Resort Hotel web pages   173
13                   printout, 8 pages
14     Exhibit 15    Complaint in re Rutherford v.      176
                     Tamales Lo Mejor
15
       Exhibit 16    First Amended Complaint in re      177
16                   Rutherford v. Tamales Lo Mejor
17     Exhibit 17    Complaint in re Association for    178
                     Equal Access v. Jesus Rosales
18                   Family Corporation
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

```
 1      A    Patty.                                      10:08:56

 2      Q    Is that Patricia Filardi?

 3      A    Yeah, Patricia.

 4      Q    How long did you stay at the Hampton in

 5   Norco, California?                                  10:09:04

 6      A    We stayed briefly.

 7      Q    More than one day?

 8      A    No.  I don't even think we left -- I don't

 9   even think we stayed the day because it wasn't

10   accessible and we had to leave.                     10:09:16

11      Q    You didn't actually spend the night?

12      A    No, we didn't spend the night.

13      Q    And how did you make your reservation for

14   the Hampton Inn Norco?

15      A    Who knows?  I don't know.                   10:09:28

16      Q    Did you make the reservation?

17      A    I don't even recall that.

18      Q    When did you stay at the Hampton Inn Norco?

19      A    I think it was within the last six months.

20      Q    Do you recall how you made the reservation? 10:09:43

21      A    No, I don't.

22      Q    Did you make the reservation?

23           MR. HASHEMI:  Assumes facts.

24           THE WITNESS:  I don't recall that either.

25   ///                                                 10:09:50

                                                 Page 55
```

```
1         Q   And when you take these steps, what        10:12:43

2    specifically are you looking for in terms of

3    accessibility features?

4         A   Okay.  To start with is parking.  And then

5    traveling from the parking lot to the hotel.  You    10:13:05

6    know, some hotels are, as you know, resorts.  And so

7    the parking might be -- might be kind of far away

8    from the room or not.  So if it's going to be far

9    away from the room, then there is a question of

10   transportation and if there's accessible             10:13:35

11   transportation or not.

12            And then there's a question of whether the

13   hotel itself is accessible in terms of getting around

14   the hotel, the entrances to the hotel, the services

15   that the hotel provides, like the business center,    10:13:58

16   the spas, the restaurants.  And whatever services the

17   hotel might provide, to determine if they're

18   accessible.

19            And then, from there, it's a question of the

20   room.  And, for the room, there's a number of things. 10:14:22

21   There's height requirements for Patty, Patricia.  So

22   certain things have to do with height limitations of

23   someone in a wheelchair.  And she has to be able to

24   be transferred out of her wheelchair, so the bed has

25   to be a certain height.  And there has to be enough    10:14:55
```

Page 58

1    room in the room to move a wheelchair next to a bed                10:14:59

2    and transfer someone out of the wheelchair into the

3    bed.  And then just is there enough room in the room

4    to move around.  Is it a spacious enough room?

5    Suites are usually pretty nice.  They usually have                 10:15:22

6    more room than just a room.

7            And then it's the restroom, bathroom.  And

8    then, in the bathroom, there's various things like

9    the shower and the water closet and the sink.  I

10    mean, everything that's in the bathroom has to be                 10:15:41

11    accessible for someone who is disabled.  So it would

12    be grab bars and a roll-in shower and a sink that she

13    can use that's height-appropriate for a person in a

14    wheelchair, that the mirror is a certain height.

15    That type of thing.                                              10:16:06

16        Q   With respect to the room accessibility

17    features, I understood from your response that these

18    are things that Ms. Filardi would require.

19            MR. HASHEMI:  Objection.

20    BY MS. BERMUDEZ:                                                 10:16:20

21        Q   Is that correct?

22            MR. HASHEMI:  The objection is

23    argumentative.  Misstates prior testimony.

24            THE WITNESS:  In addition to myself.

25    ///                                                              10:16:25

BY MS. BERMUDEZ:                                                10:16:26

    Q    So what specifically would you require in

terms of accessibility features of a hotel room?

    A    The hotel room or the hotel?

    Q    The hotel room.                                       10:16:36

    A    Okay.  Hotel room.  So with regard to the

room specifically would be grab bars.  And I like to

be able to use -- some restrooms -- I believe it's in

the ADA, but a lot of restrooms don't have it, their

floors, which are like nonskid-type floors.  They're   10:17:08

really great for someone who's using a cane or is not

nimble on their feet because -- you know, especially

in a shower.

    So if the restroom has that type of -- they

actually have tiny little bumps in them, almost        10:17:20

indiscernible, but they work really, really well to

help keep you from sliding.  So if the floor has

that, that's great.  But you don't find that too much

even though, I believe, it is a requirement, an ADA

requirement.                                           10:17:36

    So that's another thing.  I'm not crazy

about bathtubs.  You know, bathtubs are a little on

the dangerous side, so I need something other than a

bathtub.  And what really works well for me, too, is

a roll-in shower because I don't have to step over     10:17:51

Page 60

1    anything.  You know, again, when you're in a shower,                10:17:54

2    you know, you're using a cane -- you know, when

3    you're disabled, the last thing you want to do is

4    fall in a shower and break something.  You're in a

5    bad enough situation already.  It's not something --          10:18:07

6    so you want to take whatever precautions you can.  So

7    it's nice when you have that available to be able to

8    use.

9              So the roll-in shower is nice even though

10   I'm not in a wheelchair.  There's plenty of room in a         10:18:20

11   roll-in shower to move around and to get in and out

12   of.  It's very easily accessible.

13             And I would say those are the major things.

14   I'm sure if I got into the room and started moving

15   around, I might be able to find something else that           10:18:42

16   would work well for me, but those are the major

17   things.

18       Q   Have you used a wheelchair in the prior

19   12 months?

20       A   Not in the past 12 months, no.                        10:18:55

21       Q   Have you used a wheelchair in the prior 24

22   months?

23       A   Yes.  You know, I think it was 24 months.

24   I'm estimating.  Okay.

25       Q   When is the last time that you used a                 10:19:10

Page 61

```
 1       Q    As you sit here today, do you have an        11:19:26

 2   understanding as to what you perceived as deficient

 3   in the Catamaran Hotel's website?

 4       A    Actually, no.

 5       Q    In general, do you have any recollection of   11:19:44

 6   any deficiencies?

 7       A    In general, yes.

 8       Q    Okay.  And what is that?

 9       A    Well, I kind of get the websites confused.

10   I mean, I didn't, like, memorize them.  So I believe   11:20:06

11   one website had rooms that were available which were

12   described as being handicapped-accessible.  But there

13   was really no definition of what that meant, so it

14   was difficult to discern from the text exactly what

15   was meant by handicapped-accessible.                   11:20:26

16           In another case, I don't think there was

17   anything on the website at all regarding handicapped

18   access.  And then, on another website, I think one of

19   the room types was described as being

20   handicapped-accessible in some detail, but only that   11:20:48

21   particular room, and not the room that we wanted.

22   Quite honestly, I didn't go back and memorize

23   everything for today so I would have everything all

24   lined up for you.  I just can't.

25       Q    When did you draw the conclusion that you     11:21:08
```

Page 85

```
 1          A    Okay, the room in its entirety.  Okay.  All        11:56:03
 2     right.  Well, this is page 1.  All right.  Okay.  The
 3     room.  Okay.  So here's how I would respond to that.
 4     So when we're talking about in-room accessibility,
 5     okay, we'll start there, because that seems to be        11:56:34
 6     where the information related to rooms itself, even
 7     though it says -- it starts with accessible rooms,
 8     and then it talks about other -- hotel parking,
 9     hot tub lift, that sort of thing.  Of course, that's
10     not the room.  You want to know the room.              11:56:51
11          So, first of all, when a document says this
12     is accessible, the question, of course, becomes
13     according to who?  How is it accessible?  There
14     are -- accessibility is subject to interpretation,
15     unless you're really familiar with the ADA, SAD.        11:57:20
16     Okay.  And if you know all the specs and you say,
17     okay, when we refer to -- when we say
18     "accessibility," we're saying that we conform with
19     the standards for accessible design.  But unless
20     that's said, unless that's understood, then you don't   11:57:36
21     know that you can -- you can't presume that because
22     someone tells you something is accessible that it
23     means that it's really accessible because a lot of
24     people have faulty conceptions of what's actually
25     accessible.                                             11:57:59
```

Page 101

1      So if I -- if I read, for example,                    11:58:00

2  accessible-height door viewers, I don't know if -- or

3  accessible light switches, okay -- now, are we

4  talking about me now, or are we talking about Patty

5  and me both?                                              11:58:16

6      Q.  Just you.

7      A   Just me.  Okay.  Okay.  Well, all right.

8  Okay, let's go back.  Widened doorways.  Widened is

9  good.  Widened how much?  It would be nice to know

10 how much widened.  Removal of obvious obstacles.  I     11:58:29

11 don't know.  What's an obvious obstacle?  It would be

12 better if I knew that there was, you know, 36 inches

13 of clear width for me to walk down as opposed to

14 removal of obvious obstacle.  Again, that's subject

15 to interpretation.                                        11:58:53

16         Bell hop-assisted door opening service, I'm

17 not sure why I would need a bell hop door-opening

18 service, and I -- so I would question that.  But I

19 don't know.  That's -- that's kind of weird to me.

20         Okay.  Accessible rooms.  Now we're going        11:59:09

21 bathroom accessibility.  So there's not -- okay.  So

22 that's my answer with regards to the room itself.

23 Accessible is subject to interpretation.  With

24 regards to the bathroom accessibility, I think we're

25 back to the same answer.  A roll-in shower, you know,    11:59:37

1    I've heard of -- I've seen showers described as          11:59:46

2    roll-in showers and no one is going to roll in there.

3    You know, they might hop in there.   I don't know why,

4    you know, people -- see, to me, I understand what a

5    roll-in shower is because I live with someone who is     12:00:01

6    in a wheelchair.   To other people, they don't

7    necessarily know what it means to roll in.   You do

8    literally have to roll in, and it doesn't mean roll

9    over something that's -- a lip that's three-quarters

10   of an inch high.                                          12:00:15

11          It's better if it's perfectly flat with the

12   ground so there's no -- nothing for you to walk over

13   between, you know, the outside of the shower and the

14   inside of the shower, or, if there is, it's a very,

15   very slight and, hopefully, beveled type of a deal.      12:00:27

16          Okay.  Roll-in shower.  Okay.  So shower

17   chair.  Oh, excuse me.  Roll-in shower, again, I'd

18   like to know the dimensions.   There are some --

19   again, I've seen some hotels advertise their shower

20   as being a roll-in shower, and you get there and you     12:00:51

21   can't roll in.  If you can, you can roll in or walk

22   in, but you can't move around.   In other words, it's

23   kind of a California thing too.   It's kind of a half

24   roll-in shower, and it's not really -- so you don't

25   know what the dimensions of the shower are.   That's     12:01:11

Page 103

1    my answer.  You know, so it's not specific enough.        12:01:13

2            The shower chair, well, if it's a portable

3    shower chair, I don't want to use it.  The reason

4    being, again, it's a safety issue.  These portable

5    chairs are very dangerous.  They have a tendency to        12:01:27

6    slip out from underneath you.  You don't want that.

7    So you want to have a shower chair which is affixed

8    to the wall.

9            Okay.  The grab rails.  They call them grab

10   rails.  See, that, again, to me, would be -- okay.        12:01:44

11   I'm dealing with someone that doesn't really know

12   that grab bars are referred to as grab bars, because

13   they're referring to a grab bar as a grab rail, which

14   I -- that's something that a person would refer to a

15   grab bar who didn't really know that it's called a        12:02:00

16   grab bar.  They would refer to it as a grab rail.

17   Okay.  So, you know, it sounds to me like -- I don't

18   know.  I don't know if I could stay here or not based

19   on this.

20       Q   So based on the information in front of you,        12:02:15

21   you don't think you'd have enough to ascertain

22   whether or not you could stay at that hotel?

23       A   That's correct.

24       Q   You indicated that you were not familiar

25   with the term or how Bahia Resort Hotel would define        12:02:35

Page 104

```
 1    "accessible."   What does "accessible" mean to you?        12:02:39

 2         A    Well, "accessible," I guess, to me, you

 3    know, it's -- it complies with the ADA SAD, which is

 4    the updated ADAAG.

 5         Q    Under the heading "Accessible Rooms," it       12:02:58

 6    states, "Our accessible hotel rooms have additional

 7    amenities tailored to make our guests with

 8    disabilities as well as friends and family who

 9    accompany them more comfortable."   Do you see that?

10         A    Yes.                                            12:03:10

11         Q    Should an accessible room do anything beyond

12    that?

13         A    Absolutely.

14         Q    What else?

15         A    Before you even get to the -- to the concept   12:03:16

16    of comfort, you want to address the concept of

17    access.  Because if you can't get into the room or

18    the shower or whatever it is that you're referring

19    to, you're not even going to have a chance to be

20    comfortable.                                              12:03:36

21         Q    You've never stayed at the Bahia Resort

22    Hotel; correct?

23         A    Correct.

24         Q    So you don't have any personal knowledge as

25    to any of these accessible room features; is that        12:03:44
```

Page 105

1    correct?                                                    12:03:47

2        A    No.

3        Q    So you would be speculating if you believed

4    that, for example, the roll-in shower was not up to

5    par with your needs?                                        12:03:55

6        A    Speculating?

7        Q    Yes.

8        A    I don't know.  Was it a speculation?  I

9    don't know.  Is it a speculation?  It's -- it's -- I

10   need confirmation.  I need information that's going         12:04:06

11   to -- you know, before I go drive whatever hundreds

12   of miles it is, yeah, I need more than just, you

13   know, a vague reference, yes.

14       Q    So what about the way the accessible room is

15   described here is not sufficient for you enough?           12:04:23

16       A    Counselor, I just went through that.  We're

17   just going through the same thing again.  You want me

18   to start from the beginning?

19       Q    So it indicates that the accessible room is

20   for guests with disabilities.  You indicated that          12:04:44

21   you'd want it to comply with the ADA.  Anything else?

22       A    ADA SAD.

23       Q    So if it had the word "ADA" in here, that

24   would make you feel more comfortable?

25       A    No, ma'am.                                         12:05:06

                                                    Page 106

```
 1        Q    If it referenced the ADA, would you feel          12:05:06

 2   more comfortable?

 3        A    No, ma'am.

 4        Q    You'd also like the website to describe the

 5   dimensions or measurements; is that correct?            12:05:16

 6        A    Yes, ma'am.

 7        Q    Which items would that -- would you want

 8   that to be added to?

 9        A    As many as possible.  I'd want to know the

10   width of the path of travel around the room, if         12:05:27

11   there's sufficient enough room between the bed and

12   the bar or the dresser or anything else that might be

13   there for a person to be able to get around without

14   tripping and falling.

15             I'd want to know information about the floor   12:05:43

16   in the washroom or bathroom and in the room itself.

17   I'd prefer it didn't have any carpets.  If it's just

18   a wooden floor, that's nice.

19        Q    Do you know if, by law, websites for hotels

20   are required to indicate dimensions of the features     12:05:59

21   on the website?

22        A    I don't know.

23        Q    Do you know if, by law, hotels or places of

24   lodging are required to describe the specific

25   flooring that's required in the room?                    12:06:13
```

Page 107

```
 1        A   No, I don't know, ma'am.                    12:06:16

 2        Q   Do you know if, by law, hotels or places of

 3   lodging are required to refer to grab bars as -- grab

 4   bars as opposed to grab rails?

 5        A   No, I don't know.                           12:06:29

 6        Q   Do you know if, by law, hotels or places of

 7   lodging are required to indicate that a shower chair

 8   is fixed?

 9        A   No, I don't know.

10        Q   Do you know if, by law, hotels or places of  12:06:52

11   lodging are required to describe what a roll-in

12   shower is?

13        A   Yeah.  I mean, kind of, in the sense that,

14   you know, a website is required to give me enough

15   information to be able to make a decision.  So, I      12:07:13

16   mean, you're taking it piece by piece by piece.

17   Certainly, as a whole, I need to be able to come to a

18   decision as to whether or not this is a hotel and a

19   room that I can stay in.  Now, if there's one piece

20   of information that's left out, you know, that may or   12:07:31

21   may not kill the whole deal for me.

22        Q   Upon reviewing the document in front of you,

23   is there any additional information that you would

24   require, other than what you've already spoken of, in

25   order to make a decision as to whether or not you      12:07:52
```

Page 108

```
1    personally would be able to stay or would like to        12:07:55

2    stay at the hotel?

3         A    Other information ... yeah.

4         Q    What is that?

5         A    Well, I'd like information on accessible        12:08:12

6    transportation, if there's any available.

7         Q    And what do you mean by "accessible

8    transportation"?

9         A    Well, certainly, transportation that can

10   accommodate a wheelchair or someone using a walker,       12:08:26

11   and, actually, if there's any transportation at all,

12   for that matter, from one part of -- if it's a

13   resort, you know, from one part of the resort to

14   another.  That's nice to know.  And then, you know,

15   so I guess the first -- one of the first things would     12:08:51

16   be transportation.  If it's a resort, transportation

17   around the property, and then is that transportation

18   accessible.

19           So, you know, the point being that I could

20   use -- I mean, the transportation requirements that I     12:09:04

21   have are less than what Patty would have, but we

22   would both require transportation.

23        Q    And what would you specifically require in

24   terms of transportation around the property?

25        A    Well, specifically, just something that I       12:09:24
```

1    can -- I generally don't take buses just because        12:09:26

2    they're generally not accessible.  And so I'm not

3    really sure what I would need in terms of -- I think

4    probably more than a golf cart.  Something that I

5    could get in and out of easily with a cane without     12:09:56

6    breaking my neck getting in and out.  That would be

7    nice.

8         Q    Have you ever utilized any resort

9    transportation for yourself?

10        A    I don't think so.                             12:10:11

11        Q    If you were to come across this website

12   today and you had to make a decision whether or not

13   you could stay there, is there enough information on

14   those pages for you tc determine whether or not you

15   can move forward with a reservation?                    12:10:35

16        A    Is there -- move forward?  What do you mean

17   by moving forward?

18        Q    Well, you described earlier today there's

19   different ways that you decide.  Sometimes you make

20   phone calls?                                            12:10:49

21        A    Uh-huh.

22        Q    Sometimes you look at websites?

23        A    Uh-huh.

24        Q    Is there enough information on here where

25   you could begin -- as part of your intelligent          12:10:54

Page 110

```
 1        Q    Correct.                                    12:11:58

 2        A    No.

 3        Q    Before your stay at the Pelican Hill Resort,

 4   did you look at the website to determine whether or

 5   not you could make an intelligent decision about       12:12:15

 6   staying there?

 7        A    Yes.

 8        Q    Did the hotel's website have enough

 9   information for you to make a decision?

10        A    I don't recall.  I think there were         12:12:38

11   questions.  There were questions.

12        Q    Do you know what those questions are?

13        A    No.

14        Q    But you were able to successfully book a

15   room at the Pelican Hill Resort; is that correct?      12:12:54

16        A    Yes, ma'am.

17        Q    Did you stay in an accessible room?

18        A    Yes, ma'am.

19        Q    What are the features that you think are

20   required of an accessibility map on a hotel property?  12:13:16

21            MR. HASHEMI:   Calls for expert testimony.

22   BY MS. BERMUDEZ:

23        Q    For you personally.

24        A    Well, I'd like to know that there's

25   accessible parking and how far it is away from -- you  12:13:30
```

```
 1    know, if it's evenly distributed around the property,    12:13:32

 2    and, if not, depending on the size of the property,

 3    if there's some type of transportation that's

 4    available and/or accessible transportation, from the

 5    map.                                                      12:13:50

 6        Q    Anything else?

 7        A    I don't think so.

 8        Q    And these are for your personal needs?

 9        A    Yes, ma'am.

10        Q    So if a website provided information about      12:14:05

11    accessible parking and if it provided information on

12    transport, that would meet your needs?

13        A    I'm sorry.  Please re -- repeat the

14    question.

15        Q    So if a hotel accessibility map included        12:14:24

16    information about parking and about transport, that

17    would be enough information to meet your personal

18    needs?

19        A    From a map, I mean, the needs of -- the

20    needs based on what I would want to get from a map, I    12:14:43

21    mean, it will tell me that much.

22        Q    That's what I'm asking.

23        A    Yeah, that's exactly -- yeah.

24        Q    Those two things?

25        A    Yes, ma'am.  I guess it depends on how big      12:14:55
```

Page 113

1    the map is, though.  This size map.                        12:15:06

2        Q    Do you know of any law that specifically

3    requires information to be put on a website related

4    to parking spaces on a map?

5            MR. HASHEMI:  Calls for legal conclusion.         12:15:24

6    BY MS. BERMUDEZ:

7        Q    If you know.

8        A    Specific law, no.

9        Q    Do you know of any specific law that

10   requires a website for a hotel or place of lodging to     12:15:34

11   contain information about hotel transport?

12       A    Specific law on hotel transport, no.  You

13   know what, I think -- I think there might be a law

14   with regard to transportation.  I don't have the

15   whole thing memorized, and I'm certainly not an          12:15:54

16   attorney.  I think there actually is a specific law

17   regarding transportation.  So I think there might be.

18       Q    Do you know where that would be contained?

19       A    That would be in the ADA.

20       Q    Have you ever had any kind of training in       12:16:14

21   the ADA?

22       A    No.

23       Q    Did you graduate from high school?

24       A    Yes.

25       Q    What high school did you attend?                12:16:22

                                                              Page 114

```
 1    enough.  Not much.  I mean, just make sure I got         12:24:14

 2    here.  That's, you know, what I -- my steps that I

 3    took to prepare.

 4    BY MS. BERMUDEZ:

 5         Q    Did you review any documents in preparation    12:24:27

 6    for today's deposition?

 7         A    No.

 8         Q    Other than your lawyers, did you talk to

 9    anyone else about this case before today?

10         A    Oh, well, Patricia.                            12:24:51

11         Q    What did you discuss with Patricia about

12    this lawsuit?

13         A    Well, that we're going to have to make

14    arrangements for her to have someone stay with her

15    last night.                                              12:25:04

16         Q    And did you do that?

17         A    Yes.

18         Q    Have you discussed with Ms. Filardi what

19    your goals are in this litigation?

20         A    Have I discussed with her?  No.                12:25:20

21         Q    What are your goals in this litigation?

22         A    Well, I'd like to see all three of the

23    websites become compliant in the sense that they

24    offer enough information to be able to make an

25    intelligent decision whether or not I can stay at any   12:25:49
```

Veritext Legal Solutions
866 299-5127

1    of these hotels or not, as well as Patty.                12:25:51

2         Q    What are the email addresses that you

3    currently use?

4         A    Okay.  I use, No. 1, jimrutherford

5    @gmail.com.                                              12:26:13

6         Q    Any others?

7         A    J.rutherford@A4EA.com.

8         Q    Do you use jim@A4EA.com?

9         A    It sounds like an old address.

10        Q    Besides yourself, do any other individuals     12:26:41

11   have an A4EA.com address?

12        A    No.

13        Q    Currently, on your email accounts, are there

14   any emails relevant to your past disability access

15   lawsuits other than correspondence with your counsel?    12:27:13

16        A    On the website?  I'm sorry.  Please repeat

17   the question.

18        Q    On any of your current email accounts, are

19   there any emails relevant to your past disability

20   access lawsuits other than correspondence with your      12:27:28

21   counsel?

22        A    Who knows?  I mean, probably not.  I mean,

23   other than Patricia.  I mean --

24        Q    Have you taken any steps to look at your

25   current email to see if you had any documents            12:27:42

                                                              Page 122

```
 1    contact page.  I'm not trying to be, you know, cute        02:20:00

 2    or anything.  It's just so I'm going to look at, you

 3    know, the tabs that I have mentioned to see what I

 4    can find out about the accessibility.

 5        Q    There's a place here in this document             02:20:14

 6    provided by your counsel for you to provide any

 7    additional information or for the hotel to answer any

 8    questions.  Do you see that?

 9        A    Yes.

10        Q    Why wouldn't you avail yourself to this           02:20:28

11    opportunity to contact the hotel regarding your

12    accessibility needs?

13            MR. HASHEMI:  Objection.  Argumentative.

14            Go ahead.

15            THE WITNESS:  You're asking me why I might          02:20:40

16    or might not contact them?

17    BY MS. BERMUDEZ:

18        Q    Yes.

19        A    Okay.  Well, one reason I might not contact

20    them is that it's been our experience, Patricia and I     02:20:58

21    both, that we can't always rely on the information

22    that we get from the people who we speak to at the

23    hotels.  Again, it's a question of, you know, someone

24    may feel -- they're generally -- let me put it to you

25    this way.  I've never spoken with anyone at a hotel,      02:21:20
```

                                                    Page 159

1    when I did speak to someone at a hotel, who said, no,     02:21:23

2    we don't have any accessible rooms.  I don't recall

3    that.

4            Generally, people will say, oh, yeah, we

5    have accessible rooms, they're all ADA-accessible.        02:21:33

6    So, generally, speaking with someone doesn't always

7    help.  And sometimes you just don't feel like it.

8    You know, you don't feel like going through the extra

9    effort.  So I might not contact them for that reason.

10   So those are two reasons.                                 02:22:00

11       Q   Do you have any specific recollection why

12   you would not have filled out this form on the Bahia

13   Resort Hotel website?

14       A   No, ma'am.

15           MS. BERMUDEZ:  Okay.  The next document I'll       02:22:44

16   hand to you is Exhibit 8.

17           (Exhibit 8 was marked for identification by

18       the court reporter and is attached hereto.)

19   BY MS. BERMUDEZ:

20       Q   Mr. Rutherford, does this document look           02:23:07

21   familiar to you?

22       A   Not the document.

23       Q   Before we go on to Exhibit 8, actually, I

24   have a question about the Bahia website pages.  So if

25   you could turn your attention back to that stack.         02:23:21

                                                     Page 160

```
 1        A    No, I don't recall.                         03:44:34

 2        Q    You don't recall, or you don't recall seeing

 3   them?

 4        A    I don't recall seeing them.

 5        Q    Okay.  Looking at the list of the in-room   03:44:40

 6   accessibility features that appear on the second page

 7   of Exhibit 1, can you make an informed decision as to

 8   whether this property or this hotel has a room that

 9   is suited for your accessibility needs?

10        A    No, I can't.                                03:45:02

11        Q    If I can direct your attention to Exhibit 2,

12   is there any reason to dispute that this exhibit is

13   an accurate representation of the website as you

14   visited it in late 2017 or early 2018?

15             MS. BERMUDEZ:  Objection.  Leading.          03:46:07

16   BY MR. HASHEMI:

17        Q    Go ahead.

18        A    I -- I wouldn't dispute that it is.

19        Q    And when you visited the Bahia Resort Hotel

20   website in late 2017 or early 2018, you were unable   03:46:19

21   to make an informed decision as to whether they would

22   be able to accommodate you by providing an accessible

23   room for you; correct?

24             MS. BERMUDEZ:  Objection.  Leading and

25   compound.                                             03:46:31
```

                                                    Page 198

1   BY MR. HASHEMI:                                          03:46:32

2        Q    Go ahead.

3        A    That's correct.

4        Q    Counsel asked you regarding the particular

5   tabs that appear on Exhibit 2 and Exhibit 3.             03:46:48

6   Specifically, Exhibit 3, the third page in depicts a

7   number of rooms that are purportedly available at

8   this hotel.  Do you recall seeing any type of

9   accessibility features at all when looking at the

10  Bahia Resort --                                          03:47:33

11            MS. BERMUDEZ:  Objection.  Leading.

12  Compound.

13  BY MR. HASHEMI:

14       Q    -- Bahia Resort Hotel website?

15       A    Do I recall what?                              03:47:41

16            MS. BERMUDEZ:  Same objections.

17            Madam Reporter, may I trouble you for

18  reading the question, please.

19            (Record read.)

20            MR. HASHEMI:  So I'm going to strike the       03:48:19

21  first portion of my question and limit it to the list

22  of rooms that appear on the third page in on

23  Exhibit 3.

24            MS. BERMUDEZ:  Objection.  Vague.  Leading.

25            THE WITNESS:  No.                              03:48:39

                                                            Page 199

```
 1   BY MR. HASHEMI:                                   03:48:41

 2       Q   Had you seen accessible features that were

 3   suitable for you and Ms. Filardi's disability needs,

 4   would you have sought counsel?  In other words, if

 5   you were able to reserve a room that you needed       03:48:58

 6   during the time period, would you have any reason to

 7   seek assistance of counsel to seek injunctive relief?

 8           THE WITNESS:  No.

 9           MS. BERMUDEZ:  Objection.  Leading.  Vague.

10   BY MR. HASHEMI:                                   03:49:19

11       Q   If you can -- if I can direct your attention

12   to Exhibit 5, the second page in.

13       A   Yes.

14       Q   If you can take a look at the second page,

15   there is a list of what appear to be purported       03:49:47

16   accessible features.  In reading these purported

17   features, are you able to make an intelligent and

18   knowing decision regarding a room and whether that

19   room would meet your accessibility needs?

20           MS. BERMUDEZ:  Objection.  Leading.         03:50:09

21   Compound.

22           THE WITNESS:  No, I'm not.

23   BY MR. HASHEMI:

24       Q   If I can direct your attention to Exhibit 6.

25   And, specifically, counsel asked you about the       03:50:31
```

Page 200

```
1    Contact tab on -- not only on this Bahia Hotel          03:50:34

2    Resorts -- excuse me, Bahia Resort Hotel's web page

3    but also the other two hotels that we discussed in

4    today's deposition.  Counsel asked you whether you

5    attempted to use the Contact tab in order to call or     03:50:49

6    find information on how to call this hotel, and you

7    answered in the negative; correct?

8         A    Correct.

9         Q    And did you feel it was necessary for you to

10   have to take extra steps just to find out what           03:51:07

11   accessible features are available at these hotels?

12             MS. BERMUDEZ:  Objection.  Leading.  Calls

13   for a legal conclusion.  Compound.

14   BY MR. HASHEMI:

15        Q    Go ahead.                                      03:51:19

16        A    No.  I didn't want to take an extra step to

17   find out if the place was accessible or not, no.

18        Q    And if you're required to take that extra

19   step, how would you feel?

20             MS. BERMUDEZ:  Objection.  Leading.  Vague.    03:51:33

21             THE WITNESS:  I'd feel it was -- I would

22   feel -- I don't know.  I feel like I'd have to, you

23   know -- I'd have to ferret out information that other

24   people can, you know, find who aren't disabled, I

25   guess.                                                   03:51:56
```

Page 201

```
 1    BY MR. HASHEMI:                                    03:51:57

 2         Q    So you would feel as if you were being

 3    treated differently than the general public?

 4              MS. BERMUDEZ:  Objection.  Leading.  Vague.

 5              THE WITNESS:  Absolutely.                03:52:06

 6    BY MR. HASHEMI:

 7         Q    If I can direct your attention to Exhibit 9,

 8    please.

 9         A    Okay.

10         Q    On this document, it seems to depict one of  03:52:27

11    the hotels that we were talking about today.  Do you

12    see any accessible features that are visible on this

13    map?

14         A    On the map?  Let me look here.  No, I'm not

15    seeing any.                                        03:53:05

16         Q    So that map does not provide you any

17    information that would assist you in picking a

18    particular room --

19              MS. BERMUDEZ:  Objection.

20    BY MR. HASHEMI:                                    03:53:16

21         Q    -- that would have your -- that would have

22    the features that your disability requires; correct?

23              MS. BERMUDEZ:  Objection.  Leading.

24    Compound.

25              THE WITNESS:  That's correct.            03:53:24

                                            Page 202
```

```
 1   BY MR. HASHEMI:                                    03:53:25

 2       Q    If I can direct your attention to

 3   Exhibit 14, please.

 4       A    Yes.

 5       Q    On the first page, towards the bottom, there   03:53:41

 6   is a heading stating "In Room Accessibility," and

 7   there's two bullet points underneath that.  And then

 8   the following, it appears that the page as it's

 9   printed is -- doesn't go in order.  So let's -- I'm

10   going to strike my statement that I just made.        03:54:16

11          I'm going to ask you to direct your

12   attention to the second page of Exhibit 14, where

13   there's a heading stating "In Room Accessibility."

14       A    Okay.

15       Q    And you had the opportunity to look at the    03:54:29

16   listed features that are contained on this document

17   earlier today; correct?

18       A    Yes.

19       Q    And do any of these features allow you to

20   make an informed decision as to whether you can       03:54:43

21   reserve an accessible room that meets your

22   accessibility needs?

23          MS. BERMUDEZ:  Objection.  Leading.

24   Compound.

25          THE WITNESS:  No.                              03:54:55
```

                                                      Page 203

1            I, the undersigned, a Certified Shorthand Reporter

2     of the State of California, do hereby certify:

3            That the foregoing proceedings were taken before

4     me at the time and place herein set forth; that any

5     witnesses in the foregoing proceedings, prior to testifying,

6     were administered an oath; that a record of the proceedings

7     was made by me using machine shorthand which was thereafter

8     transcribed under my direction; that the foregoing

9     transcript is a true record of the testimony given.

10           Further, that if the foregoing pertains to the

11    original transcript of a deposition in a federal case,

12    before completion of the proceedings, a review of the

13    transcript was requested.

14           I further certify I am neither financially

15    interested in the action nor a relative or employee of any

16    attorney or any party to this action.

17           IN WITNESS WHEREOF, I have this date subscribed my

18    name.

19    Dated: October 30, 2018

20

21

22    _Elaine Smith_

23           ELAINE SMITH, RMR

      CSR No. 5421

24

25

Veritext Legal Solutions
866 299-5127