# PLAINTIFFS' EXHIBIT 2

---

In The Case Of

*James Rutherford; and, The Association 4 Equal Access, Individually and on Behalf of All Others Similarly Situated,*

v.

*Evans Hotels, LLC,*

**18-cv-435 JLS (MSB)**

**KAZEROUNI LAW GROUP, APC**
**1303 EAST GRAND AVENUE, SUITE 101**
**ARROYO GRANDE, CA 93420**
**(805) 335–8455**

1              UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF CALIFORNIA

3

4      _____         ORIGINAL

5    JAMES RUTHERFORD, an          )

6    individual, THE ASSOCIATION   )

7    4 EQUAL ACCESS,               )

8             Plaintiffs,          )

9       vs.                        ) Case No. 18-CV-00435-JLS(BGS)

10   EVANS HOTELS, LLC, a          )

11   California limited liability  )

12   company and DOES 1 to 50,     )

13            Defendants.          )

14   _____       )

15

16       VIDEOTAPED DEPOSITION OF JAMES RUTHERFORD

17          Person Most Knowledgeable for

18            Association 4 Equal Access

19             San Diego, California

20           Friday, October 19, 2018

21                  Volume I

22   Reported by:

23   ELAINE SMITH, RMR

24   CSR No. 5421

25   PAGES 1 - 113

```
 1                UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF CALIFORNIA

 3

 4       _____

 5     JAMES RUTHERFORD, an              )

 6     individual, THE ASSOCIATION       )

 7     4 EQUAL ACCESS,                   )

 8              Plaintiffs,              )

 9        vs.                            ) Case No. 18-CV-00435-JLS(BGS)

10     EVANS HOTELS, LLC, a              )

11     California limited liability      )

12     company and DOES 1 to 50,        )

13              Defendants.             )

14       _____)

15

16          Videotaped Deposition of JAMES RUTHERFORD,

17     Person Most Knowledgeable for Association 4 Equal

18     Access, Volume I, taken on behalf of Defendant, at

19     501 West Broadway, Suite 600, San Diego,

20     California, beginning at 10:05 a.m. and ending at

21     12:59 p.m., on Friday, October 19, 2018, before

22     ELAINE SMITH, RMR, Certified Shorthand Reporter

23     No. 5421.

24

25
```

Page 2

```
 1    APPEARANCES:

 2

 3    For Plaintiffs:

 4         MANNING LAW, APC

 5         BY:  BABAK HASHEMI, ESQ.

 6         4667 MacArthur Boulevard, Suite 150

 7         Newport Beach, California 92660

 8         949-200-8755

 9         bhashemi@manninglawoffice.com

10

11    For Defendant Evans Hotels, LLC:

12         KLINEDINST PC

13         BY:  NADIA P. BERMUDEZ, ESQ.

14         501 West Broadway, Suite 600

15         San Diego, California 92101

16         619-239-8131

17         nbermudez@klinedinstlaw.com

18

19    Also Present:

20         ANDREW K. PULS, CORPORATE COUNSEL, EVANS HOTELS

21

22    Videographer:

23         KORY ROSS

24

25
```

Page 3

```
 1                          INDEX
 2   WITNESS                            EXAMINATION
 3   JAMES RUTHERFORD,
     Person Most Knowledgeable for
 4   Association 4 Equal Access
     Volume I
 5
 6
 7                    BY MS. BERMUDEZ              7
 8                    BY MR. HASHEMI            107
 9
10                        EXHIBITS
11   NUMBER              DESCRIPTION          PAGE
12   Exhibit 18   Second Amended Notice of Person   10
13                Most Knowledgeable for Association
                  4 Equal Access and Request for
14                Production of Documents
15   Exhibit 19   Form SS-4, Application for        13
                  Employer Identification Number,
16                Association for Equal Access
17   Exhibit 20   Document titled "AEA Complaint    42
                  Form, Member:  Shaniese Meeks for
18                Rashai and Ranece Stacker"
19   Exhibit 21   List of names                     46
20   Exhibit 22   Questionnaire document            50
21   Exhibit 23   Printout of www.a4ea.com web      59
                  pages, 41 pages
22   Exhibit 24   Printout of www.a4ea.com web      62
23
24                pages, 35 pages
25
```

Page 4

```
 1                    INDEX (CONTINUED)

 2                       EXHIBITS

 3    NUMBER                DESCRIPTION              PAGE

 4    Exhibit 25    Plaintiff The Association 4 Equal    109

 5                  Access' Objections to Defendant's

 6                  Second Amended Notice of

 7                  Deposition and Production of

 8                  Documents

 9

10                INSTRUCTION NOT TO ANSWER

11                     PAGE   LINE

12                       95     2

13

14

15

16

17

18

19

20

21

22

23

24

25

                                           Page 5
```

```
 1    The Association 4 Equal Access; correct?              10:08:54
 2         A    Yes.
 3         Q    Okay.  Great.  And have you taken any steps
 4    to prepare for today's deposition?
 5         A    Yes.                                         10:09:06
 6         Q    Can you tell me what you've done to prepare
 7    for today.
 8         A    I looked in places that I didn't think I
 9    would have some documents and found some documents.
10         Q    Okay.                                        10:09:24
11         A    And -- related to the association that you
12    have been asking about.  And so I brought those with.
13    And my attorney has those.
14         Q    Did you do anything else to prepare for your
15    deposition?                                            10:09:39
16         A    Yes.
17         Q    What else did you to?
18         A    I was going to stay overnight out here, as I
19    did on Monday, in San Diego, and I thought that I
20    would try to reserve a room at one of the hotels, the  10:09:54
21    Catamaran or Torrey Pines.  And I found that I wasn't
22    able to reserve an accessible room, so I stayed back
23    at home last night.  I just drove down.
24         Q    Do you understand that, in the capacity that
25    you're appearing today, that your statements are       10:10:25
```

Veritext Legal Solutions
866 299-5127

```
 1              THE WITNESS:  No.  That wouldn't be a        10:37:54

 2    conversation I would have with her.

 3    BY MS. BERMUDEZ:

 4        Q    Did you have any conversations with

 5    Ms. Filardi regarding the filing of this lawsuit?     10:38:04

 6        A    Yes.

 7        Q    And describe to me the nature of those

 8    conversations.

 9        A    Again, when this was, you know, quite --

10    close to a year ago, and I don't recall the           10:38:22

11    specifics, but Ms. Filardi was as upset as I was.  I

12    mean, I'm trying to recall, you know, what was going

13    down at the time.  She was as upset as I was that we

14    weren't able to book an accessible room.  And I'm

15    sure that we had -- I know we had discussions along    10:38:59

16    those lines.

17        Q    Does The Association 4 Equal Access maintain

18    any bank accounts?

19        A    Yes, ma'am.

20        Q    Okay.  When is the first time that            10:39:18

21    The Association 4 Equal Access opened a bank account?

22        A    When is the first time the association

23    opened a bank account?  Maybe two years ago.

24        Q    And with what bank was the account opened?

25        A    Chase Bank.                                   10:39:41
```

Page 31

```
 1    compound.                                            12:21:01

 2            THE WITNESS:  No.

 3    BY MS. BERMUDEZ:

 4       Q   On behalf of The Association 4 Equal Access,

 5    how would you describe the alleged violations of      12:21:20

 6    Evans Hotels?

 7            MR. HASHEMI:  Vague.  Calls for legal

 8    conclusion.

 9            You can respond if you understand the

10    question.                                            12:21:32

11            THE WITNESS:  You want the long answer or

12    the short answer?

13    BY MS. BERMUDEZ:

14       Q   Any answer that you feel comfortable that is

15    responsive.                                          12:21:38

16       A   Okay.  The websites do not allow someone to

17    reserve a handicapped-accessible room in the same way

18    that someone who is not handicapped or disabled can

19    reserve one.

20       Q   Have you ever made a similar allegation or    12:22:03

21    complaint against any other business on behalf of

22    The Association 4 Equal Access?

23            MR. HASHEMI:  Vague.

24            THE WITNESS:  I'm not sure.  They're -- I'm

25    not sure.                                            12:22:17
```

Page 93

1          I, the undersigned, a Certified Shorthand Reporter

2     of the State of California, do hereby certify:

3          That the foregoing proceedings were taken before

4     me at the time and place herein set forth; that any

5     witnesses in the foregoing proceedings, prior to testifying,

6     were administered an oath; that a record of the proceedings

7     was made by me using machine shorthand which was thereafter

8     transcribed under my direction; that the foregoing

9     transcript is a true record of the testimony given.

10          Further, that if the foregoing pertains to the

11    original transcript of a deposition in a federal case,

12    before completion of the proceedings, a review of the

13    transcript was requested.

14          I further certify I am neither financially

15    interested in the action nor a relative or employee of any

16    attorney or any party to this action.

17          IN WITNESS WHEREOF, I have this date subscribed my

18    name.

19

20    Dated: October 31, 2018

21

22          *Elaine Smith*

23

24          ELAINE SMITH, RMR

25          CSR No. 5421

Page 113