# PLAINTIFFS' EXHIBIT 6

_____

In The Case Of

*James Rutherford; and, The Association 4 Equal Access, Individually and on Behalf of All Others Similarly Situated,*

v.

*Evans Hotels, LLC,*

**18-cv-435 JLS (MSB)**

KAZEROUNI LAW GROUP, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420
(805) 335–8455

```
 1            UNITED STATES DISTRICT COURT

 2           SOUTHERN DISTRICT OF CALIFORNIA

 3   _____

 4   JAMES RUTHERFORD; and    )   Case No. 18-cv-435 JLS (BGS)

 5   THE ASSOCIATION 4 EQUAL  )

 6   ACCESS,                  )

 7            Plaintiffs,     )

 8       vs.                  )

 9   EVANS HOTELS, LLC,       )

10            Defendant.      )

11   _____)

12

13

14

15

16          DEPOSITION OF THOMAS MOHRLOCK

17               San Diego, California

18            Wednesday, October 31, 2018

19                      Volume 1

20

21   Reported by:

22   LESLIE JOHNSON

23   RPR, CCRR, CSR No. 11451

24   Job No.: 3065526

25   PAGES 1 - 24
```

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             SOUTHERN DISTRICT OF CALIFORNIA
 3     _____
 4    JAMES RUTHERFORD; and    )   Case No. 18-cv-435 JLS (BGS)
 5    THE ASSOCIATION 4 EQUAL  )
 6    ACCESS,                  )
 7            Plaintiffs,      )
 8       vs.                   )
 9    EVANS HOTELS, LLC,       )
10            Defendant.       )
11    _____ )
12
13
14
15
16       DEPOSITION OF THOMAS MOHRLOCK, Volume 1, taken on
17    behalf of Plaintiff, at 550 West C Street, Suite 800,
18    San Diego, California, beginning at 10:10 a.m. and
19    ending at 10:35 a.m., on Wednesday, October 31, 2018,
20    before LESLIE JOHNSON, Certified Shorthand Reporter
21    No. 11451.
22
23
24
25
                                                    Page 2
```

```
 1    APPEARANCES:
 2
 3    For Plaintiffs:
 4         KAZEROUNI LAW GROUP, APC
 5         BY: MATTHEW M. LOKER, ESQ. (Telephonically)
 6         245 Fischer Avenue, Unit D1
 7         Costa Mesa, California 92626
 8         (800)400-6808
 9         ml@kazlg.com
10
11    For Defendant:
12
13         KLINEDINST
14         BY: NADIA P. BERMUDEZ, ESQ.
15         501 West Broadway, Suite 600
16         San Diego, California 92101
17         (619)239-8131
18         nbermudez@klinedinstlaw.com
19    Also Present:
20         ANDREW K. PULS, Evans Hotels Corporate Counsel
21
22
23
24
25
```

Page 3

```
 1                    I N D E X
 2
 3   WITNESS                              EXAMINATION
 4   THOMAS MOHRLOCK
 5   Volume 1
 6
 7          BY MR. LOKER                          5
 8
 9                    EXHIBITS
10                  (None Offered)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                THE WITNESS:  The way you're describing it
 2    isn't accurate because you can have a reservation for a
 3    room type that is not hard-blocked.  You can have a
 4    reservation that is hard-blocked.
 5                Hard-blocking is basically done out of
 6    necessity.  For instance, if you reserve an accessible
 7    room, it must be hard-blocked.  So you cannot reserve an
 8    accessible room without it being hard-blocked.
 9    BY MR. LOKER:
10         Q    I see.  Okay.  I understand now.  I appreciate
11    it.
12                Let's see.  I'm just flipping through my notes
13    here.
14                My understanding is that you did not receive
15    training for the hard-blocking process; is that right?
16                MS. BERMUDEZ:  Objection.  Misstates
17    testimony.
18                You can answer.
19                THE WITNESS:  I have plenty of -- received
20    plenty of training regarding hard-blocking.
21    BY MR. LOKER:
22         Q    Oh, okay.
23                Is there a particular -- one of the three
24    Evans Hotels that you're, I guess, based at or assigned
25    to?
```

Page 19

```
 1                    REPORTER'S CERTIFICATION
 2             I, Leslie Johnson, a Certified Shorthand
 3   Reporter of the State of California, do hereby certify:
 4             That the foregoing proceedings were taken
 5   before me at the time and place herein set forth; that
 6   any witnesses in the foregoing proceedings, prior to
 7   testifying, were administered an oath; that a record of
 8   the proceedings was made by me using machine shorthand
 9   which was thereafter transcribed under my direction;
10   that the foregoing transcript is a true record of the
11   testimony given.
12             Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [ ] was not requested.
16   I further certify I am neither financially interested in
17   the action nor a relative or employee of any attorney or
18   any party to this action.
19             IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated:  November 13, 2018
22
23         _____
24
25         LESLIE JOHNSON, CSR No. 11451, RPR, CCRR
```

Page 24