# PLAINTIFFS' EXHIBIT 7

_____

In The Case Of

*James Rutherford; and, The Association 4 Equal Access, Individually and on Behalf of All Others Similarly Situated,*

v.

*Evans Hotels, LLC,*

**18-cv-435 JLS (MSB)**

KAZEROUNI LAW GROUP, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420
(805) 335−8455

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF CALIFORNIA
 3
    _____
 4  JAMES RUTHERFORD, and         )
    THE ASSOCIATION 4 EQUAL       )
 5  ACCESS,                       )
                                  )
 6            Plaintiffs,         )
                                  )
 7       vs.                      ) No. 18-CV-00435-JLS
                                  )    (BGS)
 8  EVANS HOTELS, LLC,            )
                                  )
 9            Defendants.         )
    _____)
10
11
12
13
14    VIDEOTAPED TELEPHONIC 30(B)(6) DEPOSITION OF
15                   DIANE KOCZUR
16              San Diego, California
17            Tuesday, December 18, 2018
18
19
20
21  Reported by:
    KATHY PABICH
22  CSR No. 5021
23  Job No. 3176124
24  PAGES 1 - 33
25
                                            Page 1
```

```
 1                UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF CALIFORNIA
 3
     _____
 4   JAMES RUTHERFORD, and          )
     THE ASSOCIATION 4 EQUAL        )
 5   ACCESS,                        )
                                    )
 6            Plaintiffs,           )
                                    )
 7       vs.                        ) No. 18-CV-00435-JLS
                                    )      (BGS)
 8   EVANS HOTELS, LLC,             )
                                    )
 9            Defendants.           )
     _____)
10
11
12
13
14
15        Videotaped telephonic deposition of DIANE
16   KOCZUR, pursuant to Federal Rule of Civil
17   Procedure 30(b)(6), taken on behalf of Plaintiffs,
18   at 550 West C Street, Suite 800, San Diego,
19   California, beginning at 2:56 p.m. and ending at
20   3:34 p.m. on Tuesday, December 18, 2018, before
21   KATHY PABICH, Certified Shorthand Reporter No. 5021.
22
23
24
25

                                                    Page 2
```

```
 1   APPEARANCES:
 2
 3   For Plaintiffs:
 4        KAZEROUNI LAW GROUP, APC
 5        BY:  MATTHEW M. LOKER, ESQ.
 6        245 Fischer Avenue, Unit D1
 7        Costa Mesa, California 92626
 8        (800) 400-6808
 9        (Appearing telephonically.)
10
11   For Defendant:
12        KLINEDINST PC
13        BY:  NADIA P. BERMUDEZ, ESQ.
14        501 West Broadway, Suite 600
15        San Diego, California 92101
16        (619) 239-8131
17
18        EVANS HOTELS
19        ANDREW PULS, ESQ.
20        998 West Mission Bay Drive
21        San Diego, California 92109
22        (858) 488-0551
23
24   Videographer:
25        JENNIFER EASTMAN
```

Page 3

```
 1                         INDEX
 2
 3   WITNESS                                    EXAMINATION
 4   DIANE KOCZUR
 5
 6
 7                    BY MR. LOKER                       6
 8
 9
10
11
12                        EXHIBITS
13                         (None)
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      Q    Oh, okay.  Bahiahotel.com/accessible-room.
 2   Is it plural or just singular?  Oh, I got it.  Never
 3   mind.
 4      A    Singular accessible, plural rooms, yeah.
 5      Q    Got you.  Okay.  And the analytics that       03:25:17
 6   you've seen with regard to Bahia specifically in
 7   this website, do you have a best estimate in that
 8   regard?
 9           MS. BERMUDEZ:  Objection, vague and
10   overbroad.                                            03:25:30
11           THE WITNESS:  All right.  I don't have the
12   numbers in front of me, but as I had mentioned
13   earlier, they're fairly low.
14           I do know when this page went live, we did
15   get some leverage with it, which I thought was a     03:25:42
16   good thing, but it was still small when I look at
17   this page compared to the other room pages.
18   BY MR. LOKER:
19      Q    Okay.
20      A    Whereas the other room pages, we would be    03:25:52
21   getting hits like in the thousands, and this was
22   like in the hundreds.
23      Q    Okay.  And how far back for these -- these
24   hundreds of visits for Bahia specifically?
25           MS. BERMUDEZ:  Vague, overbroad.              03:26:10
```

Page 26

```
 1      A    Yes.
 2      Q    Okay.  Do you happen to remember for this
 3   particular Catamaran Resort page, you know, what was
 4   the highest number you saw?
 5      A    No, I can't recall individual sites.          03:30:46
 6      Q    What about in general for this particular
 7   page, do you know if there's more than 40 visitors
 8   for the totality?
 9      A    No.  I want to say probably looking at the
10   year, if I was to look at the year from like the      03:31:18
11   spring to now, we're probably looking at, you know,
12   maybe 300 plus visits for Catamaran.
13      Q    Okay.  So from spring to now, more than
14   300 --
15      A    Correct.                                       03:31:35
16      Q    -- visits?  Okay.
17      A    Uh-huh.
18      Q    And what about for The Lodge at Torrey Pines,
19   can you give, just spring to now, how many visitors
20   for that accessible rooms site?                        03:31:46
21      A    Yeah.  Probably you're looking at like 200,
22   200, 250 maybe.
23      Q    Okay.  And do you know for The Lodge at
24   Torrey Pines what the highest number of visitors for
25   a given month was?                                     03:32:06
```

Page 30

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3            That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were administered an oath; that a record of
 7   the proceedings was made by me using machine shorthand
 8   which was thereafter transcribed under my direction;
 9   that the foregoing transcript is a true record of the
10   testimony given.
11            Further, that if the foregoing pertains to the
12   original transcript of a deposition in a Federal Case,
13   before completion of the proceedings, review of the
14   transcript [  ] was [  ] was not requested.
15            I further certify that I am neither financially
16   interested in the action nor a relative or employee or
17   any attorney or party to this action.
18            IN WITNESS WHEREOF, I have this date subscribed
19   my name.
20   Dated: December 26, 2018.
21
22
                              _____
23
                              KATHY PABICH
24                            CSR No. 5021
25
```

Page 33