# PLAINTIFFS' EXHIBIT 8

_____

In The Case Of

*James Rutherford; and, The Association 4 Equal Access, Individually and on Behalf of All Others Similarly Situated,*

v.

*Evans Hotels, LLC,*

**18-cv-435 JLS (MSB)**

**KAZEROUNI LAW GROUP, APC**
**1303 EAST GRAND AVENUE, SUITE 101**
**ARROYO GRANDE, CA 93420**
**(805) 335-8455**

1                UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF CALIFORNIA

3

4       _____

5       JAMES RUTHERFORD; and      )

6       THE ASSOCIATION 4 EQUAL    )

7       ACCESS,                    )

8             Plaintiffs,          )

9          vs.                     )   No. 18-cv-435 JLS (BGS)

10      EVANS HOTELS, LLC,         )

11             Defendant.          )

12      _____)

13

14

15       VIRTUAL/VIDEOTAPED DEPOSITION OF DIANE M. KOCZUR

16                  San Diego, California

17                Friday, October 26, 2018

18                      Volume I

19

20

21      Reported By:

22      CATHERINE A-M GAUTEREAUX

23      CSR No. 3122

24      Job No. 3065518

25      PAGES 1 - 36

                                            Page 1

1              UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF CALIFORNIA

3

4      _____

5    JAMES RUTHERFORD; and     )

6    THE ASSOCIATION 4 EQUAL   )

7    ACCESS,                   )

8           Plaintiffs,        )

9        vs.                   )   No. 18-cv-435- JLS (BGS)

10   EVANS HOTELS, LLC,        )

11            Defendant.       )

12   _____)

13

14

15          Virtual/videotaped deposition of DIANE M.

16   KOCZUR, Volume I, taken on behalf of Plaintiffs, at

17   550 West C Street, Suite 800, San Diego, California,

18   beginning at 9:55 a.m., on Friday, October 26, 2018,

19   before CATHERINE A-M GAUTEREAUX, Certified Shorthand

20   Reporter No. 3122.

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
 1    APPEARANCES:

 2    For Plaintiffs:

 3         KAZEROUNI LAW GROUP, APC

 4         BY:   MATTHEW M. LOKER, ESQ.

 5         245 Fischer Avenue, Suite D1

 6         Costa Mesa, California 92626

 7         800.400.6808

 8         ml@kazlg.com

 9

10    For Defendant:

11         KLINEDINST

12         BY:   NADIA P. BERMUDEZ, ESQ.

13         501 West Broadway, Suite 600

14         San Diego, California 92101

15         619.239.8131

16         nbermudez@klinedinstlaw.com

17

18

19    Also Present:

20      Andrew K. Puls, Evans Hotels Corporate Counsel

21

22    Videographer:

23      Scott Tanaka

24

25
```

Page 3

```
 1                          INDEX

 2   WITNESS                              EXAMINATION

 3   DIANE M. KOCZUR

 4   Volume I

 5

 6                    BY MR. LOKER              7

 7

 8

 9

10

11                      EXHIBITS

12

13   NUMBER             DESCRIPTION            PAGE

14

15   Exhibit 9      Plaintiff James            13

16                  Rutherford's Amended

17                  Notice of Taking

18                  Deposition of Diane

19                  Koczur

20

21

22

23

24

25

                                         Page 4
```

| | | |
|---|---|---|
| 1 | where you already have the infrastructure and you're | 10:15:09 |
| 2 | just cloning it, we could probably knock out a site | 10:15:12 |
| 3 | in, you know, four to six weeks.  Adding that, you | 10:15:15 |
| 4 | know, web accessibility component will literally | 10:15:19 |
| 5 | double if not sometimes triple the effort. | 10:15:22 |
| 6 | Q    Interesting.  And nowadays up to speed, | 10:15:27 |
| 7 | though, what sort of maintenance is going into the | 10:15:29 |
| 8 | websites to keep them compliant? | 10:15:33 |
| 9 | A    Sure.  We use a product called Siteimprove | 10:15:35 |
| 10 | and we run -- and they scan our sites twice a week. | 10:15:39 |
| 11 | And once a week I have my team go in and look at the | 10:15:43 |
| 12 | reports and we look at what's working, what's | 10:15:47 |
| 13 | broken. | 10:15:50 |
| 14 | They will flag any code that has been | 10:15:50 |
| 15 | changed.  They're continually changing the standards | 10:15:56 |
| 16 | and when the standards get update, they let us know | 10:16:00 |
| 17 | what code has to be improved or is not meeting the | 10:16:02 |
| 18 | standards, and then we go in and we correct the code | 10:16:06 |
| 19 | as best we can.  Sometimes it's out of our control, | 10:16:09 |
| 20 | but wherever we can make improvements, we do. | 10:16:12 |
| 21 | Q    Okay.  Who is responsible for conveying | 10:16:19 |
| 22 | those standards?  Is it the Department of Justice? | 10:16:20 |
| 23 | MS. BERMUDEZ:  Calls for expert opinion, | 10:16:26 |
| 24 | calls for speculation, calls for a legal opinion. | 10:16:26 |
| 25 | You can answer. | 10:16:31 |

Page 19

```
 1          THE WITNESS:  Yes.  The Department of        10:16:32

 2   Justice is the one that provides those standards.   10:16:32

 3   BY MR. LOKER:                                        10:16:37

 4       Q    Okay.  And once the Department of Justice   10:16:37

 5   issues and provides standards, do you receive and   10:16:42

 6   review them or, for example, does someone else make 10:16:46

 7   that review?                                         10:16:49

 8          MS. BERMUDEZ:  Objection.  Vague, calls       10:16:50

 9   for speculation, calls for expert opinion, calls for 10:16:51

10   a legal conclusion.                                  10:16:54

11          Go ahead.                                     10:16:55

12          THE WITNESS:  No, I don't personally get      10:16:56

13   those updates.  We use Siteimprove and they're the  10:16:58

14   ones who we get the updates from.  And then we make  10:17:02

15   the updates based on what their recommendations are  10:17:07

16   through that software.                               10:17:10

17   BY MR. LOKER:                                        10:17:10

18       Q    Right.  Yes.  Sorry, I didn't say that.     10:17:11

19   So Siteimprove, is that a third-party company, then? 10:17:13

20       A    Yes, it is.                                 10:17:18

21       Q    You also mentioned that you work with       10:17:31

22   the -- I guess, enhancing the user experience.  Now, 10:17:33

23   what does that mean?                                 10:17:33

24          THE REPORTER:  Could you repeat that          10:17:33

25   question, sir?                                        10:17:33
```

Page 20

1

2              I, the undersigned, a Certified Shorthand

3     Reporter of the State of California, do hereby

4     certify:

5              That the foregoing proceedings were

6     reported by me at the time and place herein set

7     forth; that any witnesses in the foregoing

8     proceedings, prior to testifying, were placed under

9     oath; that a verbatim record of the proceedings was

10    made by me using machine shorthand which was

11    thereafter transcribed under my direction; further,

12    that the foregoing is an accurate transcription

13    thereof.

14              Review and signature were requested.

15              I further certify I am neither financially

16    interested in the action nor a relative or employee

17    of any attorney of any of the parties.

18              IN WITNESS WHEREOF, I have this date

19    subscribed my name.

20    Dated:  November 8, 2018.

21

22

23    _____

24              CATHERINE A-M GAUTEREAUX

25              CSR NO. 3122

Page 36