# PLAINTIFFS' EXHIBIT 9

_____

In The Case Of

*James Rutherford; and, The Association 4 Equal Access, Individually and on Behalf of All Others Similarly Situated,*

v.

*Evans Hotels, LLC,*

**18-cv-435 JLS (MSB)**

KAZEROUNI LAW GROUP, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420
(805) 335-8455

```
 1                UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF CALIFORNIA

 3    _____

 4    JAMES RUTHERFORD, an          )

 5    individual, THE ASSOCIATION   )

 6    4 EQUAL ACCESS,               )

 7              Plaintiffs,         )

 8         vs.                      ) Case No.: 18-cv-435 JLS (BGS)

 9    EVANS HOTELS, LLC, a          )

10    California limited liability )

11    company and DOES 1 to 50,     )

12              Defendants.         )

13    _____)

14

15          VIDEOTAPED DEPOSITION OF ANDREW THOMAS

16                  San Diego, California

17               Thursday, December 20, 2018

18                        Volume I

19

20

21    Reported by:

22    ELAINE SMITH, RMR

23    CSR No. 5421

24    Job No. 3176364

25    PAGES 1 - 41
```

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF CALIFORNIA

 3    _____

 4    JAMES RUTHERFORD, an          )

 5    individual, THE ASSOCIATION   )

 6    4 EQUAL ACCESS,               )

 7            Plaintiffs,           )

 8        vs.                       ) Case No.: 18-cv-435 JLS (BGS)

 9    EVANS HOTELS, LLC, a          )

10    California limited liability )

11    company and DOES 1 to 50,     )

12            Defendants.           )

13    _____)

14

15         Videotaped Deposition of ANDREW THOMAS,

16    Volume I, taken on behalf of Plaintiffs, at 550 West

17    C Street, Suite 800, San Diego, California,

18    beginning at 1:29 p.m. and ending at 2:20 p.m., on

19    Thursday, December 20, 2018, before ELAINE SMITH,

20    RMR, Certified Shorthand Reporter No. 5421.

21

22

23

24

25
```

Page 2

```
 1    APPEARANCES:
 2
 3    For Plaintiffs:
 4         KAZEROUNI LAW GROUP, APC
 5         BY:  MATTHEW M. LOKER, ESQ.   (Via video teleconference)
 6         245 Fischer Avenue, Unit D1
 7         Costa Mesa, California 92626
 8         800-400-6808
 9         ml@kazlg.com
10
11    For Defendant Evans Hotels, LLC:
12         KLINEDINST PC
13         BY:  NADIA P. BERMUDEZ, ESQ.
14         501 West Broadway, Suite 600
15         San Diego, California 92101
16         619-239-8131
17         nbermudez@klinedinstlaw.com
18
19    Also Present:
20         ANDREW K. PULS, CORPORATE COUNSEL, EVANS HOTELS
21         JAMES COOPER   (Via teleconference)
22
23    Videographer:
24         RYAN LAFOND
25
```

Page 3

```
 1                          INDEX
 2   WITNESS                                    EXAMINATION
 3   ANDREW THOMAS
 4   Volume I
 5
 6
 7                   BY MR. LOKER                        6
 8
 9
10                        EXHIBITS
11   NUMBER              DESCRIPTION               PAGE
12                      (None Marked)
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                 Page 4
```

```
 1              Go ahead.                                    01:43:53
 2              THE WITNESS:  Not necessarily.  Sometimes we
 3   do.  Sometimes we don't.
 4   BY MR. LOKER:
 5      Q    When would you not have contact information?    01:43:58
 6      A    It's up to how much the guest puts in, or an
 7   online reservation can come through a third party,
 8   not necessarily our website, but, say, somebody like
 9   Expedia where all we receive is a guest name.
10      Q    Okay.  So, at a minimum, you have a guest       01:44:21
11   name; is that correct?
12      A    Correct.  We have a guest name on all
13   bookings.
14      Q    Okay. And if the consumer -- sorry.  Do you
15   call them consumer or customer or something            01:44:33
16   different?
17      A    Usually guests.
18      Q    Okay.  If a guest reserves a room through
19   one of your websites, is there certain required
20   information about the guest when doing so?             01:44:49
21      A    There is.
22      Q    What is that required information?
23      A    The name of the guest, their address, and
24   their method of payment to guarantee the reservation.
25      Q    Okay.  The -- sorry.  How long has Evans        01:45:03
```

Page 17

| | | |
|---|---|---|
| 1 | Go ahead. | 01:46:43 |
| 2 | THE WITNESS:  The main things that it | |
| 3 | maintains are the guest contact information.  So when | |
| 4 | they rebook a reservation, we can pull them back up, | |
| 5 | their history of what price they paid, what room they | 01:46:55 |
| 6 | were in.  And any special requests or needs are | |
| 7 | maintained so we have it for their next time they | |
| 8 | make a reservation. | |
| 9 | BY MR. LOKER: | |
| 10 | Q   I see.  So as far as contact information, | 01:47:08 |
| 11 | that would be name and address? | |
| 12 | A   Name, address and usually email. | |
| 13 | Q   Email as well? | |
| 14 | A   Nowadays. | |
| 15 | Q   Nowadays, of course.  An email wouldn't | 01:47:22 |
| 16 | be -- sorry.  Is an email required in order to make a | |
| 17 | reservation? | |
| 18 | A   It is required for an electronic | |
| 19 | reservation.  But it is not required for a called-in | |
| 20 | reservation or made by a third party because those | 01:47:42 |
| 21 | avenues will send out a confirmation on the third | |
| 22 | party's behalf and not necessarily from the hotel. | |
| 23 | Where if you book online -- sorry.  If you book | |
| 24 | online, our online system has to email you back a | |
| 25 | confirmation. | 01:48:03 |

Page 19

```
1        Q   Okay.  And do the agents have certain, like,        02:09:22
2    hours of operation?
3        A   We have certain hours of operations for our
4    call center which takes the telephone calls, but
5    agents work varying shifts throughout the day,             02:09:39
6    throughout the weeks.
7        Q   Is there 24 hours of shifts?
8        A   Well, they work eight-hour shifts, and we're
9    open from 7:00 to 11:00.
10       Q   Okay.  What if someone reserves an                 02:09:56
11   accessible room between -- outside of 11:00 to
12   7:00 or however you want to phrase it?  When would
13   they get their phone call?
14           MS. BERMUDEZ:  Vague.  Overbroad.
15   Incomplete hypothetical.                                   02:10:13
16           THE WITNESS:  As with all reservations,
17   whether it's an ADA reservation, a group reservation
18   or just a leisure reservation, they would get a phone
19   call first thing in the morning when we open.
20   BY MR. LOKER:                                              02:10:24
21       Q   I see.  Earlier -- not earlier today.
22   During discovery, it was mentioned that The Lodge at
23   Torrey Pines was a Five Diamond resort.  Are you
24   familiar with that phrase?
25       A   Yes.                                               02:10:58
```

Page 35

```
 1            I, the undersigned, a Certified Shorthand Reporter
 2    of the State of California, do hereby certify:
 3            That the foregoing proceedings were taken before me
 4    at the time and place herein set forth; that any witnesses in
 5    the foregoing proceedings, prior to testifying, were
 6    administered an oath; that a record of the proceedings was
 7    made by me using machine shorthand which was thereafter
 8    transcribed under my direction; that the foregoing transcript
 9    is a true record of the testimony given.
10            Further, that if the foregoing pertains to the
11    original transcript of a deposition in a federal case, before
12    completion of the proceedings, a review of the transcript was
13    requested.
14            I further certify I am neither financially
15    interested in the action nor a relative or employee of any
16    attorney or any party to this action.
17            IN WITNESS WHEREOF, I have this date subscribed my
18    name.
19
20    Dated: December 31, 2018
21
22            _Elaine Smith_
23
24            ELAINE SMITH, RMR
25            CSR No. 5421
```

Page 41