Nadia P. Bermudez, Bar No. 216555
Patrick J. Goode II, Bar No. 299697
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Ste. 2100
Sacramento, CA 95814
Phone: 916/444-7573

Attorneys for Defendant
EVANS HOTELS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS,<br><br>Plaintiffs,<br><br>v.<br><br>EVANS HOTELS, LLC, a California limited liability company and DOES 1 to 50,<br><br>Defendants. | Case No. 18-CV-00435-JLS (MSB)<br><br>**DECLARATION OF KIMBERLEY GUILLERMO IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:        February 21, 2019<br>Time:        1:30 p.m.<br>Courtroom:   4D<br>Judge:       Hon. Janis L. Sammartino<br>Magistrate Judge: Hon. Michael S. Berg<br>Complaint Filed: 2/26/18<br>Trial Date:  None set |

- 1 -
DECLARATION OF KIMBERLEY GUILLERMO IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - 18-CV-00435-JLS (MSB)

I, Kimberley Guillermo, do hereby declare:

1. I am the Corporate Director of the Reservations Department for Defendant EVANS HOTELS, LLC ("Evans Hotels"), in the above-captioned action.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto.

3. I have served as the Corporate Director of the Reservations Department for 18 years. I am very familiar with Evans Hotels' reservations policies and processes.

4. Generally, when a guest of the Evans Hotels makes a reservation without any specific requests other than room type, a hotel does not reserve a specific room. The guest is merely reserving a room type at a given price. At check in, the guest is assigned a specific room within the room type. This practice does not pose a problem if there are many available rooms of a given type. However, certain room types or specific room features are limited in availability. For example, there may be only one or two such rooms of a certain type (e.g., one specialty suite at a luxury resort) or with certain features (e.g., two Accessible Rooms at a hotel built before the ADA was enacted). Thus, it is Evans Hotels' policy that Accessible Rooms are held for use by guests with disabilities until all other rooms of that type have been booked.

5. There are several different ways a guest can book a room at any of the properties. The first is for a guest to call the reservations department and speak with an agent, which is the most common way for a disabled guest with accessibility needs to make a reservation at one of the properties. A second way to book a room is as a "walk-in," which means to show up in person in the lobby and reserve a room by speaking with a front desk agent. A third way to book is through the "LiveChat" application. Each of the foregoing methods allows communication between hotel staff and the guest in order to identify whether the

guest has any specific preferences, requests, or accessibility needs. In cases where only a specific room or a room of limited availability will meet a guest's particular needs, the hotel employee speaking or chatting with the guest can assign that guest to a specific room and remove it from inventory—a process referred to as "hardblocking"—in order to prevent double-booking of that room. A fourth way that individuals can book a room is online.

6. At the Lodge, there are a number of interchangeable Accessible Rooms, they can be listed as a separate room type and booked directly through SynXis without concern of double booking the same room due to the delay between SynXis and the property management system. In contrast, there are only two Accessible Rooms at the Catamaran, and the seven Accessible Rooms at the Bahia are unique and spread out across various room types. Because those Accessible Rooms are *not* interchangeable, they are not listed on the booking engine as a separate room type. If they were so listed, Evans Hotels would not necessarily be able to prevent double booking of the same unique Accessible Room, or ensure that the limited inventory of Accessible Rooms were held for the guests who actually need the built in accessibility features. This issue is not unique to Accessible Rooms or to the Bahia and Catamaran.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at San Diego, California on February 7, 2019.

By: _____
KIMBERLEY GUILLERMO

17525638v1

- 3 -
DECLARATION OF KIMBERLEY GUILLERMO IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - 18-CV-00435-JLS (MSB)