Nadia P. Bermudez, Bar No. 216555
Patrick J. Goode II, Bar No. 299697
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Ste. 2100
Sacramento, CA 95814
Phone: 916/444-7573

Attorneys for Defendant
EVANS HOTELS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS,<br><br>Plaintiffs,<br><br>v.<br><br>EVANS HOTELS, LLC, a California limited liability company and DOES 1 to 50,<br><br>Defendants. | Case No. 18-CV-00435-JLS (MSB)<br><br>**DECLARATION OF ANDY THOMAS IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: February 21, 2019<br>Time: 1:30 p.m.<br>Courtroom: 4D<br>Judge: Hon. Janis L. Sammartino<br>Magistrate Judge: Hon. Michael S. Berg<br>Complaint Filed: 2/26/18<br>Trial Date: None set |

I, Andy Thomas, do hereby declare:

1. I am the Senior Vice President for Business Development for Defendant EVANS HOTELS, LLC ("Evans Hotels"), in the above-captioned action.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto.

3. As Senior Vice President for Business Development for Evans Hotels, my duties include overseeing the financial aspects of the business, including profitability, rate management and partnership. I have been employed with Evans Hotels for approximately 27 years and I have been involved in business development for around 12 years. Prior to that, I served as the General Manager of The Lodge at Torrey Pines for Evans Hotels and I was the Director of Rooms at the Bahia Resort Hotel when I first started with the company. My office is currently located at the Catamaran Resort Hotel and Spa, so I have worked on site for multiple years at all three properties. As such, I have great familiarity of the Evans Hotels' operations and services.

4. Evans Hotels is a management company operating three unique hotel properties: the Bahia Resort Hotel, the Catamaran Resort Hotel and Spa, and the Lodge at Torrey Pines. The Bahia Resort Hotel is a beach front resort on a 14-acre peninsula of waterfront property. It first opened on Mission Bay in 1953 with 52 rooms. The resort was gradually expanded over time. Twenty more rooms were added by 1955, an additional 40 rooms were added shortly thereafter. The Bahia was further expanded in the early 1970's, resulting in the current room total of 312 rooms. Because the Bahia is an older hotel that was built-out in phases over time, it has at least 15 different room types. Those room types rooms vary based on the type of view (Bay, Garden, Courtyard, Deluxe), number and size of beds, availability of a kitchen, size of room/suites.) All of its rooms were built before the 1991 ADA Standards were adopted; nonetheless, the Bahia has seven rooms

with built-in accessible features ("Accessible Rooms"), including, for example, roll-in showers or permanent bathtub grab rails. Depending on the nature of a guest's disability, however, nearly any other room can become accessible. For example, the Bahia has bed shakers, visual notification devices, bath chairs, additional grab bars, and the ability to lower beds, which are features that can be added for use in any of the rooms by disabled guests as needed.

5. The Catamaran Resort Hotel and Spa is a Polynesian themed 8-acre resort located on San Diego's Mission Bay. The Catamaran, too, was built long before the 1991 ADA standards. The Catamaran first opened in 1958 with 82 rooms. Rooms were added in 1969 (150 rooms) and 1982 (78 rooms), for a current total of 310 hotel rooms. The Catamaran was also built over time, and has nine different room types. The Catamaran has two Accessible Rooms. The Catamaran also has bed shakers, visual notification devices, bath chairs, and the ability to lower beds, which can be added to any room.

6. The Lodge at Torrey Pines was purchased in 1995. The existing structure was essentially demolished, and a new luxury AAA 5-diamond property reopened in 2002. The Lodge has 170 guest rooms, and far fewer room types. Signature Room (Queen and King beds), Palisade Rooms (Queen and King beds), Reserve King, and Suites. The Lodge was built to the 1991 ADA Standards, and has eight Accessible Rooms. The Lodge also has bed shakers, visual notification devices, bath chairs, and the ability to lower beds. Again, these are features that can be added for use in any of the rooms by disabled guests, as needed.

7. Information on the accessible features of the Bahia, Catamaran, and the Lodge at Torrey Pines and the specific layout of the various hotel rooms is available through a variety of channels. First, Reservations Agents are trained to answer questions about all three properties. Those agents are knowledgeable about the many different room types at each property (especially at the two older properties), where those rooms are located, and the accessibility features that are

1 either built in to or can be added to each room. Reservations Agents are available
2 by phone each day from 6:30 a.m. to 11 p.m. on weekdays and 7 a.m. to 10 p.m. on
3 weekends (PST). A potential guest who calls the reservations department after
4 hours can leave a message, which will be returned promptly when the department
5 re-opens in the morning. Guests can also utilize the "LiveChat" application that is
6 available 24 hours per day and is located on the homepage of each property's
7 website. Through LiveChat, guests can obtain information about accessibility in
8 real time by chatting online with reservations agents. "LiveChats" initiated by a
9 customer after approximately 9 p.m. are responded to the next day. Another way
10 that guests are able to obtain information about a room's accessibility features is in
11 person, through the front desk agents at each property. Some guests are "walk-ins"
12 who do not have reservations before they visit. Like reservations agents, the front
13 desk personnel at each property are trained about room types, locations, and
14 accessibility features.

15   8.   All of these mechanisms and centralized accessibility information on
16 each property's website ensure that guests are able obtain information about
17 accessibility features that are specific to their needs. There are an unlimited
18 number of questions or requests that a guest may have regarding accessibility, and
19 those requests vary significantly depending on the nature and degree of the
20 disability. For example, a mobility-impaired guest might require a room that is
21 both near an elevator and has a roll-in shower, and also have a preference for a
22 certain room type or view. A different guest who has cancer may not have any
23 mobility-related issues, but instead require a refrigerator in the room to store
24 medication. In sum, whether through the phone, LiveChat application, website, or
25 an in-person conversation with the front desk, Evans Hotels ensures that guests of
26 each property are able obtain information about accessibility features that are
27 specific to their needs.

28   9.   When a guest directly books through the booking engine, it can take

several hours for SynXis to remove that room from inventory in the hotel's property management system. At the Lodge, the eight Accessible Rooms are largely the same room type. As such, because there are a number of interchangeable Accessible Rooms, they can be listed as a separate room type and booked directly through SynXis without concern of double booking the same room due to the delay between SynXis and the property management system. In contrast, there are only two Accessible Rooms at the Catamaran, and the seven Accessible Rooms at the Bahia are unique and spread out across various room types. Because those Accessible Rooms are *not* interchangeable, they are not listed on the booking engine as a separate room type. If they were so listed, Evans Hotels would not necessarily be able to prevent double booking of the same unique Accessible Room. This issue is not unique to Accessible Rooms or to the Bahia and Catamaran, but applies to all rooms of very limited inventory at any of the three properties.

10. I verified Evans Hotels' responses to special interrogatories number 19, 20, and 21, which refer to the number of online reservations between January 1, 2015 and September 28, 2018 in which the guest stayed in an Accessible Room at the Bahia, the Catamaran, and the Lodge, respectively. There is no reliable way to determine whether individuals that stayed in Accessible Rooms were actually disabled or even desired an Accessible room. In the Lodge in particular (83 reservations over 3 years), it is impossible to determine whether a guest that reserved a room over the internet specifically requested an Accessible Room, reserved an accessible room because it was the last available room of that type, or was assigned the room upon arrival because it was the last available room of that type. As soon as the number of available rooms in inventory equals the number of remaining Accessible Rooms—which at the Lodge could be when there are as many as eight remaining rooms—the Accessible Rooms will be sold to any guest who books a room, regardless of whether that guest is disabled or is seeking an

Accessible Room ("Last Rooms Scenario"). Whether a hotel is in a Last Rooms Scenario can change multiple times per day due to both cancellations and additional reservations. And, even during a Last Rooms Scenario, while unlikely, it is possible that a disabled person was actually seeking to reserve and did reserve an Accessible Room. Also, a guest may not reserve an accessible room, but may be assigned such a room when they arrive because it is the last available room of that type available. In sum, it is extremely difficult, if not impossible, to look back and determine whether certain Accessible Rooms were reserved by guests who were seeking to reserve an Accessible Room, or were assigned that room because: (1) they were the last room available of a given room type; or (2) the hotel was in a Last Rooms Scenario.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at San Diego, California on ___2/7___, 2019.

By: _____
ANDY THOMAS

17458427v1