Nadia P. Bermudez, Bar No. 216555
Patrick J. Goode II, Bar No. 299697
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Ste. 2100
Sacramento, CA 95814
Phone: 916/444-7573

Attorneys for Defendant
EVANS HOTELS, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS,<br><br>Plaintiffs,<br><br>v.<br><br>EVANS HOTELS, LLC, a California limited liability company and DOES 1 to 50,<br><br>Defendants. | Case No. 18-CV-00435-JLS (MSB)<br><br>**DECLARATION OF DIANE KOCZUR IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:         February 21, 2019<br>Time:        1:30 p.m.<br>Courtroom:  4D<br>Judge:       Hon. Janis L. Sammartino<br>Magistrate Judge: Hon. Michael S. Berg<br>Complaint Filed: 2/26/18<br>Trial Date:   None set |

I, Diane Koczur, do hereby declare:

1.  I am the Digital Marketing Manager for Defendant EVANS HOTELS, LLC ("Evans Hotels"), in the above-captioned action.

2.  I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto.

3.  My responsibilities include managing the Evans Hotels' websites, emails and social media. This includes making recommendations, being responsible for the budgets, and researching best practices and latest technologies. Evans Hotels continuously upgrades and updates its websites to improve user experience. I have been employed with Evans Hotels for three years in this same role.

4.  Potential guests of Evans Hotels can learn about accessibility features of each property through their respective websites. Previously, accessibility information was located in various places on each property's website. In approximately February 2018, however, Evans Hotels updated the websites for all three properties in order to centralize information about room accessibility on one page. These new centralized pages ("Accessibility Pages") include even more information on the accessibility of the properties, and the accessibility features that are built in to some rooms or can be added to any room. The urls of the Accessibility Pages are: lodgetorreypines.com/accessible-rooms; catamaranresort.com/accessible-rooms; and bahiahotel.com/san-diego-hotel-rooms/rooms/accessible-rooms/

5.  Any person can access the Accessibility Pages a number of ways, including by: (1) clicking on a link titled "ACCESSIBILITY" or "ACCESSIBLE ROOMS" that is prominently located on the "accommodations" or "rooms" portion of each property's website; or (2) a Google search comprised of the property's name and a phrase such as "accessible rooms" or "ADA rooms." There is an accessibility link at the bottom of each property's homepage, but it pertains to

the accessibility of the website itself (i.e., WCAG 2.0), not the accessibility of the rooms. On the Accessibility Pages, Evans Hotels also includes links regarding website accessibility so that our disabled users will have the best possible experience on the website.

6. Through third party software, Google Analytics, Evans Hotels can run reports for the number of unique visitors to its websites, ***but not*** the identity of those users. In approximately the past six months, the number of unique visitors to each property's Accessibility Page was extremely low overall, ranging from approximately 0.60% (Bahia) to approximately 0.25% (Catamaran and the Lodge) of each site's total unique visitors. Certain limitations of Google Analytics mean that the number of "unique visitors" to a given webpage is greater than the number of actual people who visit that page. For instance, if a single person (including Evans Hotels employees and the lawyers in this case) visits one of the webpages from three different devices—a laptop, a smart phone, and then a tablet—each device counts as a separate "unique visitor," even though there is really only one person visiting that webpage. Evans Hotels has no way to determine the identity of the unique visitors to the Accessibility Pages (or any other webpage), nor can it determine whether a unique visitor is legally disabled.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at San Diego, California on February 7, 2019.

By: _____
DIANE KOCZUR

17525748v1

- 3 -
DECLARATION OF DIANE KOCZUR IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - 18-CV-00435-JLS (MSB)