**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**MANNING LAW, APC**
Joseph R. Manning, Jr. Esq. (223381)
joe@manninglawoffice.com
Michael J. Manning, Esq. (286879)
mike@manninglawoffice.com
4667 MacArthur Boulevard, Suite 150
Newport Beach, CA 92660
Telephone: (949) 200-8755
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Ste. 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs*,
James Rutherford; and, The Association 4 Equal Access

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS,<br><br>Plaintiffs,<br><br>v.<br><br>EVANS HOTELS, LLC, a California limited liability company, and Does 1 to 50,<br><br>Defendants. | Case No.: 18-cv-0435-JLS-BGS<br><br>**JOINT WITNESS AND EXHIBIT LIST**<br><br>Date: July 1, 2019<br>Time: 9:00 a.m.<br>Courtroom: 4D<br><br>Hon. Janis L. Sammartino |

1

## I.    Plaintiff's Witness List

James Rutherford.  Mr. Rutherford will testify to all factual allegations of the Complaint including without limitation, standing.

Patricia Filardi.  Ms. Filardi will testify to all factual allegations of the Complaint as to which she has persona knowledge, including without limitation her membership in the A4EA.

## II.    Plaintiff's Exhibit List

|   | Description of Documents | Defendant's Objections |
|---|---|---|
| 1 | Rutherford Medical Records | Defendant objects to the admissibility of Plaintiff's medical records based on relevance, and because the exhibit(s) lack foundation, authentication, and are hearsay. (Fed. Rules of Evid. R. 401, 402, 403, 901, 902, 701, 801.) The proposed exhibit (actually over 110 pages of records, spanning multiple years and varied purported medical providers and locations) were produced by Plaintiff at approximately 4:20 p.m. on June 19, 2019.  The 110+ page exhibit represents multiple documents from various sources, all of which are not authenticated and will lack foundational support.  Further, while the experts may testify as to opinions contained within their reports at trial, medical reports cannot be admitted into evidence. *See, e.g., Mahnke v. Washington Metro. Area Transit Auth*., 821 F. Supp. 2d 125, 154 (D.D.C. 2011) (noting that medical reports prepared by experts are generally not admissible.) |
| 2 | Website - Archived for Bahia Hotel | Defendant objects based on relevance, and because the exhibit(s) lack foundation, authentication, and are hearsay.   Plaintiff Rutherford testified that he has no memory of website visits.  (Fed. Rules of Evid. R. 401, 402, 403, 901, 902, 701, 801.)  At his deposition, Rutherford could not identify when |

| | | | he visited any of the websites, or how many times, or what device he used, or what information he accessed or what he found to be deficient about any of the aforementioned websites. (Rutherford Depo. 73:21-74:6; 87:3-14; 80:16-81:9; 92:1-15, 80:5-15, 153:19-23, 154:14-16, 155:4-10, 156:4-13, 156:20-157:5, 158:3-10, 165:14-18, 85:1-4, 172:22-173:1, 174:3-5, 162:17-22; 52:20-25.)  Moreover, Plaintiff Rutherford testified that these exhibits were not created by him and that he has never used the "page-freezer" software (apparently from the Manning Law Firm), and otherwise has no recollection of the proposed exhibit. (Rutherford Depo. 150:25-152:3.) |
|---|---|---|---|
| 3 | Website- Archived for Catamaran Resort | | Defendant objects based on relevance, and because the exhibit(s) lack foundation, authentication, and are hearsay.   Plaintiff Rutherford testified that he has no memory of website visits.  (Fed. Rules of Evid. R. 401, 402, 403, 901, 902, 701, 801.)  At his deposition, Rutherford could not identify when he visited any of the websites, or how many times, or what device he used, or what information he accessed or what he found to be deficient about any of the aforementioned websites. (Rutherford Depo. 73:21-74:6; 87:3-14; 80:16-81:9; 92:1-15, 80:5-15, 153:19-23, 154:14-16, 155:4-10, 156:4-13, 156:20-157:5, 158:3-10, 165:14-18, 85:1-4, 172:22-173:1, 174:3-5, 162:17-22; 52:20-25.)  Moreover, Plaintiff Rutherford testified that these exhibits were not created by him and that he has never used the "page-freezer" software, and otherwise has no recollection of the proposed exhibit. (Rutherford Depo. 150:25-152:3.) |
| 4 | Website - Archived for: Lodge Torrey Pines | | Defendant objects based on relevance, and because the exhibit(s) lack foundation, authentication, and are hearsay.   Plaintiff Rutherford testified that he has no memory of website visits.  (Fed. Rules of Evid. R. 401, 402, 403, 901, 902, 701, 801.)  At his |

| | | | |
|---|---|---|---|
| | | | deposition, Rutherford could not identify when he visited any of the websites, or how many times, or what device he used, or what information he accessed or what he found to be deficient about any of the aforementioned websites. (Rutherford Depo. 73:21-74:6; 87:3-14; 80:16-81:9; 92:1-15, 80:5-15, 153:19-23, 154:14-16, 155:4-10, 156:4-13, 156:20-157:5, 158:3-10, 165:14-18, 85:1-4, 172:22-173:1, 174:3-5, 162:17-22; 52:20-25.) Moreover, Plaintiff Rutherford testified that these exhibits were not created by him and that he has never used the "page-freezer" software, and otherwise has no recollection of the proposed exhibit. (Rutherford Depo. 150:25-152:3.) |
| 5 | Deposition Transcript - James Rutherford | | No Objection |
| 6 | Deposition Transcript - James Rutherford as PMK for A4EA | | No Objection |
| 7 | Deposition Transcript - Kimberly Guillermo | | Objection. Relevance, lacks foundation, lacks authentication, and lacks personal knowledge. Guillermo will not be providing live testimony. Therefore, the deposition transcript is hearsay. (Fed. Rules of Evid. R. 401, 402, 403, 901, 902, 701, 801.) |
| 8 | Evans Initial Expert Report | | Objection. Relevance, lacks foundation, and lacks authentication. Evans Hotels' expert will not be providing live testimony. Therefore, the deposition transcript is hearsay. (Fed. Rules of Evid. R. 401, 402, 403, 901, 902, 701, 801.) If offered by the proponent of the expert witness in lieu of or to reinforce the trial testimony of the witness, the statements included in such reports are hearsay falling under no exception to the hearsay rule. *See Ake v. General Motors Corp.,* 942 F.Supp. 869, 877-78 (W.D.N.Y. 1996) (excluding as hearsay the report of an expert); see *also Granite Partners, L.P. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.,* 2002 U.S. Dist. Lexis 7535, *19-20 (S.D.N.Y. 2003) ("The written report[] of any expert |

| | | |
|---|---|---|
| | | expected to testify for either the [plaintiffs] or [defendant] is hereby excluded as inadmissible hearsay."); *Herrin v. Ensco Offshore Co.*, 2002 U.S. Dist. Lexis 5744, *6-7 (E.D. La. 2002) (sustaining plaintiff's objections to defendant's proffer of two expert reports as trial exhibits on grounds of hearsay); *Law v. National Collegiate Athletic Association*, 185 F.R.D. 324, 341-42 (D. Kan. 1999) (excluding from trial a testifying expert's written report, and noting that "an expert's written report is generally inadmissible"). |
| 9 | Plaintiff's Initial Expert Report | Objection. Relevance, lacks foundation, and lacks authentication. Plaintiffs' expert will not be providing live testimony. Therefore, the deposition transcript is hearsay. (Fed. Rules of Evid. R. 401, 402, 403, 901, 902, 701, 801.) If offered by the proponent of the expert witness in lieu of or to reinforce the trial testimony of the witness, the statements included in such reports are hearsay falling under no exception to the hearsay rule. *See Ake v. General Motors Corp.*, 942 F.Supp. 869, 877-78 (W.D.N.Y. 1996) (excluding as hearsay the report of an expert); see *also Granite Partners, L.P. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 2002 U.S. Dist. Lexis 7535, *19-20 (S.D.N.Y. 2003) ("The written report[] of any expert expected to testify for either the [plaintiffs] or [defendant] is hereby excluded as inadmissible hearsay."); *Herrin v. Ensco Offshore Co.*, 2002 U.S. Dist. Lexis 5744, *6-7 (E.D. La. 2002) (sustaining plaintiff's objections to defendant's proffer of two expert reports as trial exhibits on grounds of hearsay); *Law v. National Collegiate Athletic Association*, 185 F.R.D. 324, 341-42 (D. Kan. 1999) (excluding from trial a testifying expert's written report, and noting that "an expert's written report is generally inadmissible"). |
| 10 | Plaintiff Rutherford's Responses to Defendant's First Set of Interrogatories | Objection. Discovery responses are generally hearsay, cumulative and inadmissible. (Fed. |

| | Rules of Evid. R. 401, 402, 403, 901, 902, 701, 80; s*ee, also, Buckley v. Evans,* 2007 U.S. Dist. LEXIS 76571, *35-36 (E.D. Cal. 2007). Plaintiff Rutherford will appear to testify and as such, his written responses to discovery requests should be inadmissible. |
|---|---|

## III.    Defendant's Witness List

| Defendant's Witness | Description of Witness and Testimony |
|---|---|
| Plaintiff James Rutherford | Mr. Rutherford is a plaintiff in this action and was designated as the PMQ to testify on behalf of Plaintiff A4EA. (See Defendant's Exhibit C.)  Additionally, he is ordered to appear at the evidentiary hearing. |
| Andy Thomas | Andy Thomas is Senior Vice President for Business Development for Evans Hotels, and was deposed in this action in his personal capacity and as a PMQ.  Thomas will testify regarding Evans Hotels' policies, the variety of potential accommodations to disabled patrons, facts related to disabled customer visits and channels of information regarding accessibility at Evans Hotels' properties, and the hotel booking process. |
| Diane Koczur | Diane Koczur is the Digital Marketing Manager for Evans Hotels, and was deposed in this action in her personal capacity and as a PMQ.  Koczur will testify regarding Evans Hotels' websites at issue, including the following urls: lodgetorreypines.com/accessible-rooms; catamaranresort.com/accessible-rooms; and bahiahotel.com/san-diego-hotel-rooms/rooms/accessible-rooms/.  Koczur will testify about the development of each |

| | | website and the parameters Evans Hotels is able to make changes to it, and about the interface between Evans Hotels website and the third party booking software. |
|---|---|---|

## IV.    Defendant's Exhibit List

*Rutherford v. Evans Hotels, LLC*

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 200. | Deposition transcript of James Rutherford (October 16, 2018) | No Objection |
| 201. | Video Excerpts from the deposition of James Rutherford (52:20-25; 72:21-23; 73:21-74:6; 76:18-23; 77:3-8; 85:1-4, 87:3-14; 80:16-81:9; 92:1-15; 80:5-15; 153:19-23, 154:14-16, 155:4-10 156:4-13, 156:20-157:5, 158:3-10, 162:17-22; 162:16-163:3; 165:14-18, 172:22-173:1, 174:3-5; 181:10-11, 181:19-21; 184:7-15.) | Irrelevant (FRE 401); Prejudicial (FRE 403). Plaintiffs did not order a video copy of this deposition and Defendants have not produced a copy in time for Plaintiffs to review the context of these excerpts or how they are presented. The same information can be produced and presented to the Court in written transcript form. Therefore, the probative value of how this information is presented is outweighed by a danger of unfair prejudice by the way excerpts are edited, that also confuse the issues, |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| | | and waste time for duplicative information more easily reviewed in written transcript form, to which Plaintiff does not object. |
| 202. | Deposition transcript of A4EA (October 19, 2018) | No Objection |
| 203. | Video Excerpts from the deposition of the PMQ from A4EA (14:4-13; 19:7-9; 27:8-21; 27:22-24; 27:25-29:22; 29:23-25; 30:3-11; 37:22-38:5; 51:15-21; 10:7-10; 26:23-27:21; 30:9-11; 96:19-21; 100:24-101:9; 181:10-11, 181:19-21; 184:7-15; 14:4-13; 19:7-9; 27:8-21; 27:22-24; 27:25-29:22; 29:23-25; 30:3-11; 37:22-38:5; 51:15-21; 10:7-10; 26:23-27:21; 30:9-11; 96:19-21; 100:24-101:9.) | See Objections to Exhibit 201. |
| 204. | Evans Hotels' PMQ Notice of Deposition for A4EA | No Objection |
| 205. | Google maps, Rutherford's residence (25 Chandra Lane, Rancho Mirage) to Bahia Hotel (www.google.com/maps) [1] | No Objection |
| 206. | Google maps, Rutherford's residence (25 Chandra Lane, Rancho Mirage) to Catamaran Hotel (www.google.com/maps) | No Objection |
| 207. | Google maps, Rutherford's (25 Chandra Lane, Rancho Mirage) residence to Lodge at Torrey Pines (www.google.com/maps) | No Objection |
| 208. | Google maps, A4EA PO Box 685 Cathedral City, CA to Bahia Hotel (www.google.com/maps) | No Objection |
| 209. | Google maps, A4EA PO Box 685 Cathedral City, CA to Catamaran Hotel | No Objection |

---

[1] *See, e.g. Boyce Motor Lines, Inc. v. United States*, 342 U.S. 337, 344 (1952) (''We may, of course, take judicial notice of geography''). Case law supports the proposition that information acquired from mainstream Internet sites such as Google Maps is reliable enough to support a request for judicial notice. See, e.g., *United States v. Brooks*, 715 F.3d 1069, 1078 (8th Cir. 2013); *Pahls v. Thomas*, 718 F.3d 1210, 1216 n.1 (10th Cir. 2013); *United States v. Schultz*, 2013 BL 209544, 2013 U.S. App. LEXIS 16557, at *8 n.1 (9th Cir. Aug. 9, 2013); *McCormack v. Hiedeman*, 694 F.3d 1004, 1008 n.1 (9th Cir. 2012); *United States v. Perea-Rey*, 680 F.3d 1179, 1182 n.1 (9th Cir. 2012).

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| | (www.google.com/maps) | |
| 210. | Google maps, A4EA PO Box 685 Cathedral City, CA to Lodge at Torrey Pines (www.google.com/maps) | No Objection |
| 211. | Website printouts: lodgetorreypines.com/accessible-rooms | No Objection |
| 212. | Website printouts: catamaranresort.com/accessible-rooms | No Objection |
| 213. | Website printouts: bahiahotel.com/san-diego-hotel-rooms/rooms/accessible-rooms/ | No Objection |
| 214. | *People of California v. Rutherford, et al.*, Case No. RIC 1902577-Riverside County | Irrelevant (FRE 401); Prejudicial (FRE 403): This *unverified* civil case (1) has no tendency to make a fact of consequence more or less probable than it would be without the evidence, (2) contains no facts of consequence in determining this action, does not at all relate to this case or contain facts related thereto, and (3) has no tendency to prove or disprove the standing inquiry now before the Court. Its probative value is therefore outweighed by a danger of unfair prejudice, |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| | | confusing the issues, and undue delay. |
| 215. | *Rutherford v. Patel Hospitality, et al.*, Case No. PSC1901338-Riverside County | Irrelevant (FRE 401); Prejudicial (FRE 403). Plaintiff's history of ADA litigation should not be used to impugn his credibility or intent to return. *See* D'Lil v. *Best Western Encino Lodge & Suites*, 538 F.3d 1031, 1040 (9th Cir. 2008); ("For the ADA to yield its promise of equal access for the disabled, it may indeed be necessary and desirable for committed individuals to bring serial litigation advancing the time when public accommodations will be compliant with the ADA.") *Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1062 (9th Cir.2007; ("The attempted use of past litigation to prevent a litigant |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| | | from pursuing a valid claim in federal court warrants our most careful scrutiny.") *See, e.g., Outley v. City of New York*, 837 F.2d 587, 592 (2d Cir. 1988). Listing every case of Plaintiff, who is an advocate for the disabled, to undermine his credibility is overly prejudicial, confuses the issues, and wastes time. |
| 216. | *Rutherford v. Churon Winery, et al.*, Case No. PSC1901341-Riverside County | See Objections to Exhibit 215. |
| 217. | *Rutherford v. Patel Hospitality, et al.*, Case No. PSC1901342-Riverside County | See Objections to Exhibit 215. |
| 218. | *Rutherford v. Pantai Inn, et al.*, Case No. PSC1806709-Riverside County | See Objections to Exhibit 215. |
| 219. | *Rutherford v. Western Inn, et al.*, Case No. PSC1806727-Riverside County | See Objections to Exhibit 215. |
| 220. | *Rutherford v. Crown City Inn, et al.*, Case No. PSC1806764-Riverside County | See Objections to Exhibit 215. |
| 221. | *Rutherford v. The Atwood Hotel, et al.*, Case No. PSC1806770-Riverside County | See Objections to Exhibit 215. |
| 222. | *Rutherford v. Cassia Hotels, et al.*, Case No. PSC1806603-Riverside County | See Objections to Exhibit 215. |
| 223. | *Rutherford v. Shiva J. Holding, et al.*, Case No. PSC1806640-Riverside County | See Objections to Exhibit 215. |
| 224. | *Rutherford v. Zenaida Dreams, Inc., et al.*, Case No. PSC1806458-Riverside County | See Objections to Exhibit 215. |
| 225. | *Rutherford v. Comfort Inn & Suites San Diego-Zoo, et al.*, Case No. PSC1805976-Riverside County | See Objections to Exhibit 215. |
| 226. | *Rutherford v. Moonlight Beach Motel, et al.*, | See Objections to |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| | Case No. PSC1805813-Riverside County | Exhibit 215. |
| 227. | *Rutherford v. The Pearl Hotel, et al.*, Case No. PSC1805819-Riverside County | See Objections to Exhibit 215. |
| 228. | *Rutherford v. Vagabond Inn-San Diego, et al.*, Case No. PSC1805821-Riverside County | See Objections to Exhibit 215. |
| 229. | *Rutherford v. Heritage Inn San Diego, et al.*, Case No. PSC1805837-Riverside County | See Objections to Exhibit 215. |
| 230. | *Rutherford v. Pickwick Partners II LP, et al.*, Case No. PSC1805268-Riverside County | See Objections to Exhibit 215. |
| 231. | *Rutherford v. Kala Kai Corporation, et al.*, Case No. PSC1805274-Riverside County | See Objections to Exhibit 215. |
| 232. | *Rutherford v. Keating Building LLC, et al.*, Case No. PSC1805276-Riverside County | See Objections to Exhibit 215. |
| 233. | *Rutherford v. Sublime Equities LLC, et al.*, Case No. PSC1805277-Riverside County | See Objections to Exhibit 215. |
| 234. | *Rutherford v. Boutique Hotel Company-Beverly Hills LLC, et al.*, Case No. PSC1805278-Riverside County | See Objections to Exhibit 215. |
| 235. | *Rutherford v. Lhoberge LP, et al.*, Case No. PSC1805280-Riverside County | See Objections to Exhibit 215. |
| 236. | *Rutherford v. Rancho Valencia Resort Partners LLC, et al.*, Case No. PSC1805282-Riverside County | See Objections to Exhibit 215. |
| 237. | *Rutherford v. BSC Hospitality LLC, et al.*, Case No. PSC1805292-Riverside County | See Objections to Exhibit 215. |
| 238. | *Rutherford v. Pacific Beach Hospitality LP, et al.*, Case No. PSC1805293-Riverside County | See Objections to Exhibit 215. |
| 239. | *Rutherford v. Del Mar Motel LP, et al.*, Case No. PSC1805295-Riverside County | See Objections to Exhibit 215. |
| 240. | *Rutherford v. Surya Hotel, LLC, et al.*, Case No. 19LBCV00115-Los Angeles County | See Objections to Exhibit 215. |
| 241. | *Rutherford v. Pacific Edge Hotel, et al.*, Case No. 30-2018-01008339-CU-CR-CJC-Orange County | See Objections to Exhibit 215. |
| 242. | *Filardi, et al. v. Meritage at Callaway Restaurant,* Case No. 5:2015cv00770-Central District of California | See Objections to Exhibit 215. |
| 243. | *Rutherford v. Kam Lun Restaurant et al,* Case No. 5:2015cv00846-Central District of | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| | California | |
| 244. | *Rutherford, et al v. El Matador Mexican Restaurant, et al*, Case No. 5:2016cv00498-Central District of California | See Objections to Exhibit 215. |
| 245. | *Rutherford, et al v. Ocean s Cleaners, et al*, Case No. 8:2017cv00848-Central District of California | See Objections to Exhibit 215. |
| 246. | *Peterson v. Taco Bell No. 184 et al*, Case No. 8:2017cv00854-Central District of California | See Objections to Exhibit 215. |
| 247. | *Filardi et al v. KFC of Palm Desert, Inc., et al*, Case No. 5:2017cv00954-Central District of California | See Objections to Exhibit 215. |
| 248. | *Filardi et al v. Wessman et al*, Case No. 5:2017cv00958-Central District of California | See Objections to Exhibit 215. |
| 249. | *Rutherford v. De Leon et al*, Case No. 5:2017cv01184-Central District of California | See Objections to Exhibit 215. |
| 250. | *Rutherford v. Desert Hot Springs Real Properties, Inc., et al*, Case No. 5:2017cv01207-Central District of California | See Objections to Exhibit 215. |
| 251. | *Rutherford v. Caravan Hotel Group et al*, Case No. 5:2017cv01259-Central District of California | See Objections to Exhibit 215. |
| 252. | *Filardi et al v. Kulwinder Saini et al*, Case No. 5:2017cv01316-Central District of California | See Objections to Exhibit 215. |
| 253. | *Rutherford v. Hellas, Inc.*, Case No. 5:2017cv01411-Central District of California | See Objections to Exhibit 215. |
| 254. | *Rutherford v. The Spring Resort and Spa, LLC et al*, Case No. 5:2017cv01425-Central District of California | See Objections to Exhibit 215. |
| 255. | *Rutherford et al v. Krish Harbans Inc., et al*, Case No. 8:2017cv01280-Central District of California | See Objections to Exhibit 215. |
| 256. | *Rutherford v. Bowman*, Case No. 5:2017cv01502-Central District of California | See Objections to Exhibit 215. |
| 257. | *Rutherford v. HPT TRS WYN, Inc. et al*, Case No. 8:2017cv01355-Central District of California | See Objections to Exhibit 215. |
| 258. | *Rutherford v. Pacifica Hotel Company,  et al*, Case No. 8:2017cv01357-Central District of | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| | California | |
| 259. | *Rutherford v. Chatrisa et al,* Case No. 2:2017cv05864-Central District of California | See Objections to Exhibit 215. |
| 260. | *Rutherford v. Chatrisa et al,* Case No. 8:2017cv01372-Central District of California | See Objections to Exhibit 215. |
| 261. | *Rutherford et al v. Quality Inns, St. Louis Ltd., et al,* Case No. 8:2017cv01407-Central District of California | See Objections to Exhibit 215. |
| 262. | *Rutherford, et al v. Coast to Coast Commercial, LLC, et al,* Case No. 8:2017cv01497-Central District of California | See Objections to Exhibit 215. |
| 263. | *Rutherford et al v. Golden Hotels, et al,* Case No. 8:2017cv01498-Central District of California | See Objections to Exhibit 215. |
| 264. | *Rutherford v. Ayres Holdings Limited Partnership et al,* Case No. 5:2017cv01775-Central District of California | See Objections to Exhibit 215. |
| 265. | *Rutherford et al v. Cho-Park LLC et al,* Case No. 5:2017cv01888-Central District of California | See Objections to Exhibit 215. |
| 266. | *Rutherford v. DHS We Care, Inc., et al,* Case No. 5:2017cv01919-Central District of California | See Objections to Exhibit 215. |
| 267. | *Rutherford v. DHSO, Inc., et al,* Case No. 5:2017cv01942-Central District of California | See Objections to Exhibit 215. |
| 268. | *Rutherford v. Bassi and Sons, Inc. et al,* Case No. 5:2017cv01954-Central District of California | See Objections to Exhibit 215. |
| 269. | *Rutherford v. 7-Eleven, Inc., et al,* Case No. 5:2017cv01992-Central District of California | See Objections to Exhibit 215. |
| 270. | *Rutherford v. Bakshi et al,* Case No. 5:2017cv01993-Central District of California | See Objections to Exhibit 215. |
| 271. | *Rutherford v. California Food Management, LLC et al,* Case No. 5:2017cv01999-Central District of California | See Objections to Exhibit 215. |
| 272. | *Rutherford et al v. Ayres-Fountain Valley, L.P. et al,* Case No. 8:2017cv01706-Central District of California | See Objections to Exhibit 215. |
| 273. | *Rutherford et al v. Bhakta et al,* Case No. 8:2017cv01707-Central District of California | See Objections to Exhibit 215. |
| 274. | *Rutherford et al v. Cline et al,* Case No. | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| | 8:2017cv01708-Central District of California | |
| 275. | *Rutherford et al v. Tabel et al*, Case No. 5:2017cv02133-Central District of California | See Objections to Exhibit 215. |
| 276. | *Rutherford et al v. Rockreef San Francisco, Inc., et al*, Case No. 8:2017cv01843-Central District of California | See Objections to Exhibit 215. |
| 277. | *Rutherford v. Castanedas-Coachella, et al*, Case No. 5:2017cv02193-Central District of California | See Objections to Exhibit 215. |
| 278. | *Rutherford v. Wendys-Costa Mesa No. 123, et al*, Case No. 8:2017cv01876-Central District of California | See Objections to Exhibit 215. |
| 279. | *Rutherford v. Pizza Hut of America, LLC, et al*, Case No. 5:2017cv02214-Central District of California | See Objections to Exhibit 215. |
| 280. | *Rutherford v. Alo Hotel et al*, Case No. 8:2017cv01903-Central District of California | See Objections to Exhibit 215. |
| 281. | *Rutherford v. Wienerschnitzel et al*, Case No. 8:2017cv01906-Central District of California | See Objections to Exhibit 215. |
| 282. | *Rutherford v. AutoZone Investment Corporation et al*, Case No. 5:2017cv02215-Central District of California | See Objections to Exhibit 215. |
| 283. | *Rutherford, et al v. Pilot Travel Centers, LLC, et al*, Case No. 8:2017cv01958-Central District of California | See Objections to Exhibit 215. |
| 284. | *Rutherford v. Arby's Irvine*, Case No. 2:2017cv08502-Central District of California | See Objections to Exhibit 215. |
| 285. | *Rutherford et al v. Popeyes Louisiana Kitchen, Inc., et al*, Case No. 5:2017cv02367-Central District of California | See Objections to Exhibit 215. |
| 286. | *Rutherford et al v. Jack In The Box, Inc., et al*, Case No. 8:2017cv02049-Central District of California | See Objections to Exhibit 215. |
| 287. | *Rutherford v. Burger King No. 11647, et al*, Case No. 5:2017cv02382-Central District of California | See Objections to Exhibit 215. |
| 288. | *Rutherford v. ARCO No. 42227, et al*, Case No. 5:2017cv02383-Central District of California | See Objections to Exhibit 215. |
| 289. | *Rutherford v. Rockland Acquisitions LLC et al,* | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| | Case No. 8:2017cv02065-Central District of California | |
| 290. | *Rutherford v. Rodeway Inn-Indio, et al*, Case No. 5:2017cv02384-Central District of California | See Objections to Exhibit 215. |
| 291. | *Rutherford v. Subway No. 27164, et al*, Case No. 5:2017cv02417-Central District of California | See Objections to Exhibit 215. |
| 292. | *Rutherford v. Dennys Sand Canyon, et al*, Case No. 8:2017cv02105-Central District of California | See Objections to Exhibit 215. |
| 293. | *Filardi, et al v. Rite Aid No. 06246, et al*, Case No. 5:2017cv02423-Central District of California | See Objections to Exhibit 215. |
| 294. | *Peterson v. Jack In The Box No 3335, et al*, Case No. 8:2017cv00801-Central District of California | See Objections to Exhibit 215. |
| 295. | *Rutherford et al v. Ruane et al*, Case No. 3:2017cv01496-Central District of California | See Objections to Exhibit 215. |
| 296. | *Rutherford v. D.O.S. Pizza, Inc., et al*, Case No. 3:2017cv00801-Central District of California | See Objections to Exhibit 215. |
| 297. | *Peterson v. Watkins et al*, Case No. 3:2017cv01078-Central District of California | See Objections to Exhibit 215. |
| 298. | *Rutherford, et al v. Albertaco's Mexican Food, Inc. et al*, Case No. 3:2017cv01645-Central District of California | See Objections to Exhibit 215. |
| 299. | *Rutherford v. La Quinta Holdings, et al*, Case No. 3:2017cv00819-Central District of California | See Objections to Exhibit 215. |
| 300. | *Rutherford v. Paco s Tacos, et al*, Case No. 5:2018cv02037-Central District of California | See Objections to Exhibit 215. |
| 301. | *Rutherford et al v. Santiago Hills Auto Spa, Inc., et al*, Case No. 8:2018cv00457-Central District of California | See Objections to Exhibit 215. |
| 302. | *James Rutherford v. John's Place Restaurant, et al*, Case No. 8:2018cv00490-Central District of California | See Objections to Exhibit 215. |
| 303. | *Rutherford v. Burger King No. 8976, et al*, Case No. 5:2018cv00621-Central District of California | See Objections to Exhibit 215. |
| 304. | *Rutherford v. Quality Inn-San Bernardino, et al*, | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| | Case No. 5:2018cv00622-Central District of California | |
| 305. | *Rutherford v. Motel 6-Thousand Palms, et al*, Case No. 5:2018cv00623-Central District of California | See Objections to Exhibit 215. |
| 306. | *Rutherford et al v. Shell Fuels No. 68549, et al*, Case No. 8:2018cv00495-Central District of California | See Objections to Exhibit 215. |
| 307. | *Rutherford et al v. Red Robin International, et al*, Case No. 5:2018cv00625-Central District of California | See Objections to Exhibit 215. |
| 308. | *Rutherford v. Bagel Me, et al*, Case No. 8:2018cv00509-Central District of California | See Objections to Exhibit 215. |
| 309. | *Rutherford v. Arco AM PM, et al*, Case No. 8:2018cv00511-Central District of California | See Objections to Exhibit 215. |
| 310. | *Rutherford et al v. Jae and Sun Investments, LLC, et al*, Case No. 5:2018cv00007-Central District of California | See Objections to Exhibit 215. |
| 311. | *Rutherford, et al v. Madala Investments, LLC, et al*, Case No. 5:2018cv00037-Central District of California | See Objections to Exhibit 215. |
| 312. | *Rutherford v. Jack In The Box-Costa Mesa, et al*, Case No. 8:2018cv00139-Central District of California | See Objections to Exhibit 215. |
| 313. | *Rutherford v. Del Taco No. 0172, et al*, Case No. 8:2018cv00140-Central District of California | See Objections to Exhibit 215. |
| 314. | *Rutherford v. Cabazon Shell et al*, Case No. 5:2018cv00165-Central District of California | See Objections to Exhibit 215. |
| 315. | *Rutherford v. KFC-Banning, et al*, Case No. 5:2018cv00166-Central District of California | See Objections to Exhibit 215. |
| 316. | *Rutherford v. Pep Boys-Cathedral City, et al*, Case No. 5:2018cv00167-Central District of California | See Objections to Exhibit 215. |
| 317. | *Rutherford v. University Mobil, et al*, Case No. 5:2018cv00211-Central District of California | See Objections to Exhibit 215. |
| 318. | *Rutherford v. Travelodge Banning Casino and Outlet Mall, et al*, Case No. 5:2018cv00212-Central District of California | See Objections to Exhibit 215. |
| 319. | *Rutherford v. Subway No. 3542-0, et al*, Case | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| | No. 5:2018cv00214-Central District of California | |
| 320. | *Rutherford v. H.P. Enterprise, LLC, et al*, Case No. 5:2018cv00215-Central District of California | See Objections to Exhibit 215. |
| 321. | *Rutherford et al v. Elite Hospitality, Inc., et al*, Case No. 8:2018cv00169-Central District of California | See Objections to Exhibit 215. |
| 322. | *Rutherford v. Highland Springs Mobil, et al*, Case No. 5:2018cv00231-Central District of California | See Objections to Exhibit 215. |
| 323. | *Rutherford v. Regency Inn and Suites, et al*, Case No. 5:2018cv00239-Central District of California | See Objections to Exhibit 215. |
| 324. | *Rutherford v. Motel 6 Fountain Valley, et al*, Case No. 8:2018cv00234-Central District of California | See Objections to Exhibit 215. |
| 325. | *Rutherford, et al v. Point Happy Realty, LLC*, Case No. 5:2018cv00314-Central District of California | See Objections to Exhibit 215. |
| 326. | *Rutherford, et al v. J and S Hospitality, Inc., et al*, Case No. 5:2018cv00317-Central District of California | See Objections to Exhibit 215. |
| 327. | *Rutherford v. Fastrip Oil Company, L.P., et al*, Case No. 5:2018cv00355-Central District of California | See Objections to Exhibit 215. |
| 328. | *Rutherford, et al v. ARCO AMPM No 42552, et al*, Case No. 5:2018cv00470-Central District of California | See Objections to Exhibit 215. |
| 329. | *Rutherford v. Papa John's No. 3353, et al*, Case No. 5:2018cv00499-Central District of California | See Objections to Exhibit 215. |
| 330. | *Rutherford v. Maru Korean BBQ and Grill, et al*, Case No. 5:2018cv00500-Central District of California | See Objections to Exhibit 215. |
| 331. | *Rutherford v. Comfort Inn-Moreno Valley, et al*, Case No. 5:2018cv00503-Central District of California | See Objections to Exhibit 215. |
| 332. | *Rutherford v. Taco Bell No. 9581, et al*, Case No. | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
|  | 5:2018cv00504-Central District of California |  |
| 333. | *Rutherford v. Bakers Restaurant,* Case No. 5:2018cv00561-Central District of California | See Objections to Exhibit 215. |
| 334. | *Rutherford et al v. Beaumont 76, et al,* Case No. 5:2018cv00564-Central District of California | See Objections to Exhibit 215. |
| 335. | *Rutherford et al v. Albertos Mexican Food, et al,* Case No. 5:2018cv00565-Central District of California | See Objections to Exhibit 215. |
| 336. | *Rutherford, et al v. Shell, et al,* Case No. 5:2018cv00566-Central District of California | See Objections to Exhibit 215. |
| 337. | *Rutherford et al v. Bobs Big Boy Calimesa et al,* Case No. 5:2018cv00653-Central District of California | See Objections to Exhibit 215. |
| 338. | *Rutherford et al v. Bobs Big Boy Calimesa et al,* Case No. 5:2018cv00653-Central District of California | See Objections to Exhibit 215. |
| 339. | *Rutherford et al v. Bobs Big Boy Calimesa et al,* Case No. 5:2018cv00653-Central District of California | See Objections to Exhibit 215. |
| 340. | *Rutherford et al v. Bobs Big Boy Calimesa et al,* Case No. 5:2018cv00653-Central District of California | See Objections to Exhibit 215. |
| 341. | *Rutherford et al v. Subway No. 17266-0, et al,* Case No. 8:2018cv00547-Central District of California | See Objections to Exhibit 215. |
| 342. | *Rutherford et al v. Subway No. 17266-0, et al,* Case No. 8:2018cv00547-Central District of California | See Objections to Exhibit 215. |
| 343. | *Filardi et al v. The Resort at Pelican Hill LLC et al,* Case No. 8:2018cv00560-Central District of California | See Objections to Exhibit 215. |
| 344. | *Rutherford et al v. El Tigre Investment LLC et al,* Case No. 5:2018cv00388-Central District of California | See Objections to Exhibit 215. |
| 345. | *Rutherford v. Knights Inn et al,* Case No. 5:2018cv00626-Central District of California | See Objections to Exhibit 215. |
| 346. | *Rutherford v. Travelodge-Hemet, CA et al,* Case No. 5:2018cv00757-Central District of California | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 347. | *Rutherford v. Comfort Inn-Riverside, CA et al,* Case No. 5:2018cv00758-Central District of California | See Objections to Exhibit 215. |
| 348. | *Rutherford v. AutoZone-La Quinta, CA et al,* Case No. 5:2018cv00759-Central District of California | See Objections to Exhibit 215. |
| 349. | *Rutherford v. Burger King No. 12537 et al,* Case No. 5:2018cv00760-Central District of California | See Objections to Exhibit 215. |
| 350. | *Rutherford v. Dennys No.7081 et al,* Case No. 5:2018cv00824-Central District of California | See Objections to Exhibit 215. |
| 351. | *Rutherford v. IHOP-Fontana, CA., et al,* Case No. 5:2018cv00825-Central District of California | See Objections to Exhibit 215. |
| 352. | *James v. Carl s Jr. No. 1101173, et al,* Case No. 5:2018cv00826-Central District of California | See Objections to Exhibit 215. |
| 353. | *Rutherford v. Alberta's Mexican Food Tustin CA,* Case No. 8:2018cv00722-Central District of California | See Objections to Exhibit 215. |
| 354. | *Rutherford v. Guamuchilito Town Sushi et al,* Case No. 5:2018cv00881-Central District of California | See Objections to Exhibit 215. |
| 355. | *Rutherford et al v. Angies Diner LLC et al,* Case No. 5:2018cv00896-Central District of California | See Objections to Exhibit 215. |
| 356. | *Rutherford et al v. Burger King No. 4991, et al,* Case No. 5:2018cv00897-Central District of California | See Objections to Exhibit 215. |
| 357. | *Rutherford et al v. McDonald s No. 1127, et al,* Case No. 5:2018cv00898-Central District of California | See Objections to Exhibit 215. |
| 358. | *Rutherford et al v. Castenadas Mexican Food  et al,* Case No. 5:2018cv00900-Central District of California | See Objections to Exhibit 215. |
| 359. | *Rutherford et al v. Fantastic Cafe et al,* Case No. 5:2018cv00901-Central District of California | See Objections to Exhibit 215. |
| 360. | *Rutherford et al v. Avocado Burger et al,* Case No. 5:2018cv00904-Central District of California | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 361. | *Rutherford et al v. Jacks Jr. Burgers et al*, Case No. 5:2018cv00905-Central District of California | See Objections to Exhibit 215. |
| 362. | *Rutherford et al v. McDonald s No. 1127, et al*, Case No. 8:2018cv00754-Central District of California | See Objections to Exhibit 215. |
| 363. | *Rutherford et al v. Outback Steakhouse No. 570 et al*, Case No. 8:2018cv00884-Central District of California | See Objections to Exhibit 215. |
| 364. | *Rutherford v. Shell Gas Station  et al*, Case No. 5:2018cv01123-Central District of California | See Objections to Exhibit 215. |
| 365. | *Rutherford et al v. Sands Motel et al*, Case No. 5:2018cv01124-Central District of California | See Objections to Exhibit 215. |
| 366. | *Rutherford v. KFC No. D011001 et al*, Case No. 8:2018cv00913-Central District of California | See Objections to Exhibit 215. |
| 367. | *Rutherford v. Bakers et al*, Case No. 5:2018cv01136-Central District of California | See Objections to Exhibit 215. |
| 368. | *Rutherford et al v. Snack Attack Mobil, et al*, Case No. 5:2018cv01137-Central District of California | See Objections to Exhibit 215. |
| 369. | *Rutherford v. Gus Jr. No. 7, et al*, Case No. 5:2018cv01138-Central District of California | See Objections to Exhibit 215. |
| 370. | *Rutherford v. Thrift-T-Lodge Motel et al*, Case No. 5:2018cv01140-Central District of California | See Objections to Exhibit 215. |
| 371. | *Rutherford v. Days Inn et al*, Case No. 5:2018cv01141-Central District of California | See Objections to Exhibit 215. |
| 372. | *Rutherford v. Americas Best Value Inn  et al*, Case No. 5:2018cv01143-Central District of California | See Objections to Exhibit 215. |
| 373. | *Rutherford v. Milliken Mobil  et al*, Case No. 5:2018cv01144-Central District of California | See Objections to Exhibit 215. |
| 374. | *Rutherford v. Calimesa Inn Motel et al*, Case No. 5:2018cv01145-Central District of California | See Objections to Exhibit 215. |
| 375. | *Rutherford v. Los Vaqueros Mexican Cantina, et al*, Case No. 5:2018cv01147-Central District of California | See Objections to Exhibit 215. |
| 376. | *Rutherford v. El Torito No. 7146. et al*, Case No. 5:2018cv01148-Central District of California | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 377. | *Rutherford v. Miguel's Jr. No.8 et al*, Case No. 5:2018cv01151-Central District of California | See Objections to Exhibit 215. |
| 378. | *Rutherford v. McDonald's No. 2021 et al*, Case No. 5:2018cv01152-Central District of California | See Objections to Exhibit 215. |
| 379. | *Rutherford v. Motel 6, et al*, Case No. 5:2018cv01156-Central District of California | See Objections to Exhibit 215. |
| 380. | *Rutherford et al v. DJ Coffee Shop et al*, Case No. 5:2018cv01159-Central District of California | See Objections to Exhibit 215. |
| 381. | *Rutherford et al v. Wienerschnitzel No. 561, et al*, Case No. 5:2018cv01161-Central District of California | See Objections to Exhibit 215. |
| 382. | *Rutherford v. Best Western et al*, Case No. 2:2018cv05569-Central District of California | See Objections to Exhibit 215. |
| 383. | *Rutherford v. Tustin Community Bank et al*, Case No. 8:2018cv01121-Central District of California | See Objections to Exhibit 215. |
| 384. | *Rutherford v. Kountry Folks Restaurant et al*, Case No. 5:2018cv01346-Central District of California | See Objections to Exhibit 215. |
| 385. | *Rutherford v. 99 Cents N Go Discount, et al*, Case No. 5:2018cv01347-Central District of California | See Objections to Exhibit 215. |
| 386. | *Rutherford v. Los Arcos Liquor et al*, Case No. 5:2018cv01460-Central District of California | See Objections to Exhibit 215. |
| 387. | *Rutherford v. KFC No. E791053, et al*, Case No. 5:2018cv01348-Central District of California | See Objections to Exhibit 215. |
| 388. | *Rutherford v. Ramonas Mexican Food No. 5 et al*, Case No. 5:2018cv01349-Central District of California | See Objections to Exhibit 215. |
| 389. | *Rutherford v. Smoke 4 Less et al*, Case No. 5:2018cv01350-Central District of California | See Objections to Exhibit 215. |
| 390. | *Rutherford v. Cervantes Fiesta Mexican Food, et al*, Case No. 5:2018cv01357-Central District of California | See Objections to Exhibit 215. |
| 391. | *Rutherford et al v. Joses Mexican Food et al*, Case No. 5:2018cv01424-Central District of California | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 392. | *Rutherford v. Farm s House Restaurant, et al*, Case No. 5:2018cv01459-Central District of California | See Objections to Exhibit 215. |
| 393. | *Rutherford et al v. Johnnys Burgers et al*, Case No. 5:2018cv01514-Central District of California | See Objections to Exhibit 215. |
| 394. | *Rutherford v. Jack In The Box No. 417 et al*, Case No. 5:2018cv01601-Central District of California | See Objections to Exhibit 215. |
| 395. | *Rutherford v. Burger King No. 11101, et al*, Case No. 5:2018cv01598-Central District of California | See Objections to Exhibit 215. |
| 396. | *Rutherford et al v. Carls Jr. No 1100818 et al*, Case No. 5:2018cv01696-Central District of California | See Objections to Exhibit 215. |
| 397. | *Rutherford v. Days Inn, et al*, Case No. 5:2018cv01599-Central District of California | See Objections to Exhibit 215. |
| 398. | *Rutherford v. Thai Star BBQ et al*, Case No. 5:2018cv01600-Central District of California | See Objections to Exhibit 215. |
| 399. | *Rutherford v. The Original Pancake House et al*, Case No. 5:2018cv01812-Central District of California | See Objections to Exhibit 215. |
| 400. | *Rutherford v. Tacos La Bufadora, et al*, Case No. 5:2018cv01848-Central District of California | See Objections to Exhibit 215. |
| 401. | *Rutherford v. MOTEL 6 -Ontario, CA, et al*, Case No. 5:2018cv01849-Central District of California | See Objections to Exhibit 215. |
| 402. | *Rutherford v. Green Taco et al*, Case No. 5:2018cv01855-Central District of California | See Objections to Exhibit 215. |
| 403. | *Rutherford v. EL POLLO LOCO #3284, a business entity of unknown form et al*, Case No. 5:2018cv01856-Central District of California | See Objections to Exhibit 215. |
| 404. | *Rutherford v. Albertos Mexican Food, et al*, Case No. 5:2018cv01860-Central District of California | See Objections to Exhibit 215. |
| 405. | *Rutherford v. Lightbulbs Etc., et al*, Case No. 5:2018cv02028-Central District of California | See Objections to Exhibit 215. |
| 406. | *Rutherford v. Kafe Royale, et al.*, Case No. 5:2018cv02029-Central District of California | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 407. | *Rutherford v. Churchs Chicken, et al,* Case No. 5:2018cv02030-Central District of California | See Objections to Exhibit 215. |
| 408. | *Rutherford v. Paco s Tacos, et al,* Case No. 5:2018cv02037-Central District of California | See Objections to Exhibit 215. |
| 409. | *Rutherford v. KFC No. E791046, et al,* Case No. 5:2018cv02038-Central District of California | See Objections to Exhibit 215. |
| 410. | *Rutherford v. Norms Restaurant et al,* Case No. 5:2018cv02041-Central District of California | See Objections to Exhibit 215. |
| 411. | *Rutherford v. Sport s Nut Pizza, et al,* Case No. 5:2018cv02045-Central District of California | See Objections to Exhibit 215. |
| 412. | *Rutherford v. Lopez Market, et al.,,* Case No. 5:2018cv02050-Central District of California | See Objections to Exhibit 215. |
| 413. | *Rutherford v. Red Roof Inn et al,* Case No. 5:2018cv02053-Central District of California | See Objections to Exhibit 215. |
| 414. | *Rutherford v. Quality Inn-Temecula,* Case No. 5:2018cv02040-Central District of California | See Objections to Exhibit 215. |
| 415. | *Rutherford v. Pho Dao No. 1, et al,* Case No. 5:2018cv02048-Central District of California | See Objections to Exhibit 215. |
| 416. | *Rutherford et al v. Pepes Tortas, a business entity et al,* Case No. 5:2018cv02150-Central District of California | See Objections to Exhibit 215. |
| 417. | *Rutherford v. Kimi Grill et al,* Case No. 5:2018cv02222-Central District of California | See Objections to Exhibit 215. |
| 418. | *Rutherford v. Carnitas Express, et al,* Case No. 5:2018cv02226-Central District of California | See Objections to Exhibit 215. |
| 419. | *Rutherford v. Church s Chicken No. 1069, et al,* Case No. 5:2018cv02227-Central District of California | See Objections to Exhibit 215. |
| 420. | Rutherford v. KFC, et al, Case No. 5:2018cv02228-Central District of California | See Objections to Exhibit 215. |
| 421. | *Rutherford v. Castanedas Mexican Food et al,* Case No. 5:2018cv02229-Central District of California | See Objections to Exhibit 215. |
| 422. | *Rutherford v. 99 What a Bargain et al,* Case No. 5:2018cv02230-Central District of California | See Objections to Exhibit 215. |
| 423. | *Rutherford v. Ric's Medical Plaza Pharmacy, a business of unknown form et al,* Case No. 5:2018cv02232-Central District of California | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 424. | *Rutherford et al v. Johnny s Famous Hamburgers, et al,* Case No. 8:2018cv01926-Central District of California | See Objections to Exhibit 215. |
| 425. | *Rutherford et al v. Los Cabos Mexican Restaurant et al,* Case No. 5:2018cv02294-Central District of California | See Objections to Exhibit 215. |
| 426. | *Rutherford et al v. Sunnymead Burgers et al,* Case No. 5:2018cv02295-Central District of California | See Objections to Exhibit 215. |
| 427. | *Rutherford et al v. Johnny s Famous Hamburgers, et al,* Case No. 5:2018cv02296-Central District of California | See Objections to Exhibit 215. |
| 428. | *Rutherford v. Rodeway Inn et al,* Case No. 5:2018cv02324-Central District of California | See Objections to Exhibit 215. |
| 429. | *Rutherford v. Wayback Burgers et al,* Case No. 8:2018cv01939-Central District of California | See Objections to Exhibit 215. |
| 430. | *Rutherford v. El Pollo Loco No. 3284 et al,* Case No. 5:2018cv02331-Central District of California | See Objections to Exhibit 215. |
| 431. | *Rutherford v. El Mezquite Market  et al,* Case No. 5:2018cv02332-Central District of California | See Objections to Exhibit 215. |
| 432. | *Rutherford v. Subway No. 21364-0 et al,* Case No. 5:2018cv02345-Central District of California | See Objections to Exhibit 215. |
| 433. | *Rutherford v. Wayback Burgers et al,* Case No. 5:2018cv02353-Central District of California | See Objections to Exhibit 215. |
| 434. | *Rutherford v. Cloud 9 Inn LAX, et al,* Case No. 2:2018cv09739-Central District of California | See Objections to Exhibit 215. |
| 435. | *Rutherford v. Red Lion Inn and Suites, et al,* Case No. 5:2018cv02439-Central District of California | See Objections to Exhibit 215. |
| 436. | *Rutherford v. Cloud 9 Inn LAX, et al,* Case No. 5:2018cv02447-Central District of California | See Objections to Exhibit 215. |
| 437. | *Rutherford v. Shri Mai, Inc.,* Case No. 5:2018cv02451-Central District of California | See Objections to Exhibit 215. |
| 438. | *Rutherford v. Dexters Deli et al,* Case No. 5:2018cv02452-Central District of California | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 439. | *Rutherford v. Boot Barn et al*, Case No. 5:2018cv02454-Central District of California | See Objections to Exhibit 215. |
| 440. | *Rutherford et al v. Royal Panda Restaurant et al*, Case No. 5:2018cv02465-Central District of California | See Objections to Exhibit 215. |
| 441. | *Rutherford v. Arbys No. 6654 et al*, Case No. 5:2018cv02468-Central District of California | See Objections to Exhibit 215. |
| 442. | *Rutherford et al v. Motel 6 Claremont et al*, Case No. 5:2018cv02472-Central District of California | See Objections to Exhibit 215. |
| 443. | *Rutherford v. Mos Egg House et al*, Case No. 5:2018cv02491-Central District of California | See Objections to Exhibit 215. |
| 444. | *Rutherford v. AutoZone No. 5571 et al*, Case No. 5:2018cv02493-Central District of California | See Objections to Exhibit 215. |
| 445. | *Rutherford v. Lotus Garden Restaurant et al*, Case No. 5:2018cv02495-Central District of California | See Objections to Exhibit 215. |
| 446. | *Rutherford v. Chef's County Cafe et al*, Case No. 5:2018cv02521-Central District of California | See Objections to Exhibit 215. |
| 447. | *Rutherford v. Papa John's No. 2138 et al*, Case No. 5:2018cv02522-Central District of California | See Objections to Exhibit 215. |
| 448. | *Rutherford v. Round Table Pizza at al*, Case No. 5:2018cv02611-Central District of California | See Objections to Exhibit 215. |
| 449. | *Rutherford v. Wienerschniztel Number 544 et al*, Case No. 5:2018cv02655-Central District of California | See Objections to Exhibit 215. |
| 450. | *Rutherford v. Ostionera Bahia et al*, Case No. 8:2018cv02279-Central District of California | See Objections to Exhibit 215. |
| 451. | *Rutherford v. JJS Market and Liquor et al*, Case No. 5:2018cv02656-Central District of California | See Objections to Exhibit 215. |
| 452. | *Rutherford v. Stadium Pizza et al*, Case No. 5:2018cv02657-Central District of California | See Objections to Exhibit 215. |
| 453. | *Rutherford v. Saigon Dish et al*, Case No. 5:2018cv02658-Central District of California | See Objections to Exhibit 215. |
| 454. | *Rutherford et al v. Hazit Market et al*, Case No. 5:2018cv02663-Central District of California | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 455. | *Rutherford et al v. Taco Gourmet et al*, Case No. 5:2018cv02664-Central District of California | See Objections to Exhibit 215. |
| 456. | *Rutherford v. Thai Garden Restaurant et al*, Case No. 5:2018cv02682-Central District of California | See Objections to Exhibit 215. |
| 457. | *Rutherford v. Sweet Cheeks Pastries et al*, Case No. 2:2018cv10753-Central District of California | See Objections to Exhibit 215. |
| 458. | *Rutherford v. Albertos Mexican Food et al*, Case No. 8:2018cv02304-Central District of California | See Objections to Exhibit 215. |
| 459. | *Rutherford v. Churchs Chicken No. 4477 et al*, Case No. 5:2018cv02683-Central District of California | See Objections to Exhibit 215. |
| 460. | *Rutherford v. Nicholas Liquor et al*, Case No. 5:2018cv02684-Central District of California | See Objections to Exhibit 215. |
| 461. | *Rutherford v. O Reilly Auto Parts et al*, Case No. 5:2018cv02685-Central District of California | See Objections to Exhibit 215. |
| 462. | *Rutherford v. Econolodge et al*, Case No. 3:2018cv01471-Central District of California | See Objections to Exhibit 215. |
| 463. | *Rutherford v. El Asadero Restaurant et al, <u>Case No. 3:2018cv01472-Central District of California</u>* | See Objections to Exhibit 215. |
| 464. | *Rutherford v. Senor Panchos Mexican Restaurant et al*, Case No. 3:2018cv01473-Central District of California | See Objections to Exhibit 215. |
| 465. | *Rutherford v. Smoke Shack et al*, Case No. 3:2018cv01474-Central District of California | See Objections to Exhibit 215. |
| 466. | *Rutherford v. Panda Express #0769 et al*, Case No. 3:2018cv01493-Central District of California | See Objections to Exhibit 215. |
| 467. | *Rutherford v. Pandoras Pizza et al*, Case No. 3:2018cv01494-Central District of California | See Objections to Exhibit 215. |
| 468. | *Rutherford v. San Marcos Pharmacy et al*, Case No. 3:2018cv01496-Central District of California | See Objections to Exhibit 215. |
| 469. | *Rutherford v. Ara Lebanese Grill et al*, Case No. 3:2018cv01497-Central District of California | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 470. | *Rutherford v. Inland Tavern et al, Case No. 3:2018cv01498-Central District of California* | See Objections to Exhibit 215. |
| 471. | *Rutherford v. Just Peachy et al*, Case No. 3:2018cv01500-Central District of California | See Objections to Exhibit 215. |
| 472. | *Rutherford v. Royal Motel et al*, Case No. 3:2018cv01501-Central District of California | See Objections to Exhibit 215. |
| 473. | *Rutherford v. Chili's Grill & Bar et al*, Case No. 3:2018cv01553-Central District of California | See Objections to Exhibit 215. |
| 474. | *Rutherford v. Burritos et al,* Case No. 3:2018cv01726-Central District of California | See Objections to Exhibit 215. |
| 475. | *Rutherford v. Taco Bell et al,* Case No. 3:2018cv01727-Central District of California | See Objections to Exhibit 215. |
| 476. | *Rutherford v. Jack In The Box #62 et al,* Case No. 3:2018cv01729-Central District of California | See Objections to Exhibit 215. |
| 477. | *Rutherford v. Holiday Inn et al*, Case No. 3:2018cv01730-Central District of California | See Objections to Exhibit 215. |
| 478. | *Rutherford v. Golden Corral et al,* Case No. 3:2018cv01732-Central District of California | See Objections to Exhibit 215. |
| 479. | *Rutherford v. Best Western et al,* Case No. 3:2018cv01733-Central District of California | See Objections to Exhibit 215. |
| 480. | *Rutherford v. Americas Best Value Inn et al,* Case No. 3:2018cv01734-Central District of California | See Objections to Exhibit 215. |
| 481. | *Rutherford v. Lucky Chinese Restaurant et al,* Case No. 3:2018cv01735-Central District of California | See Objections to Exhibit 215. |
| 482. | *Rutherford et al v. Denny's #6403 et al,* Case No. 3:2018cv01766-Central District of California | See Objections to Exhibit 215. |
| 483. | *Rutherford et al v. Comfort Inn & Suites El Centro I-8 et al*, Case No. 3:2018cv01768-Central District of California | See Objections to Exhibit 215. |
| 484. | *Rutherford et al v. The Leucadian et al,* Case No. 3:2018cv01767-Central District of California | See Objections to Exhibit 215. |
| 485. | *Rutherford et al v. The Leucadian et al,* Case No. 3:2018cv01767-Central District of California | See Objections to Exhibit 215. |
| 486. | *Rutherford et al v. The Leucadian et al,* Case No. 3:2018cv01767-Central District of California | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 487. | *Rutherford v. Pacifica S. Inn LLC et al*, Case No. 3:2018cv01798-Central District of California | See Objections to Exhibit 215. |
| 488. | *Rutherford v. Pacifica Diamond LLC et al*, Case No. 3:2018cv01801-Central District of California | See Objections to Exhibit 215. |
| 489. | *Rutherford v. Tom's Burgers Family Restaurant et al*, Case No. 3:2018cv02022-Central District of California | See Objections to Exhibit 215. |
| 490. | *Rutherford v. Jack in the Box et al*, Case No. 3:2018cv02023-Central District of California | See Objections to Exhibit 215. |
| 491. | *Rutherford v. El Rinconcito et al*, Case No. 3:2018cv02024-Central District of California | See Objections to Exhibit 215. |
| 492. | *Rutherford v. Denny's et al*, Case No. 3:2018cv02025-Central District of California | See Objections to Exhibit 215. |
| 493. | *Rutherford v. Econo Lodge Inn & Suites et al*, Case No. 3:2018cv02026-Central District of California | See Objections to Exhibit 215. |
| 494. | *Rutherford v. Carlitos Chicken et al*, Case No. 3:2018cv02027-Central District of California | See Objections to Exhibit 215. |
| 495. | *Rutherford v. El Toro Market et al*, Case No. 3:2018cv02037-Central District of California | See Objections to Exhibit 215. |
| 496. | *Rutherford et al v. Bank Of America et al*, Case No. 3:2018cv02177-Central District of California | See Objections to Exhibit 215. |
| 497. | *Rutherford v. Suzy Q's Diner et al*, Case No. 3:2018cv02207-Central District of California | See Objections to Exhibit 215. |
| 498. | *Rutherford v. Rally's Restaurant et al*, Case No. 3:2018cv02206-Central District of California | See Objections to Exhibit 215. |
| 499. | *Rutherford v. Coldstone Creamery et al*, Case No. 3:2018cv02208-Central District of California | See Objections to Exhibit 215. |
| 500. | *Rutherford v. Motel 6 et al*, Case No. 3:2018cv02210-Central District of California | See Objections to Exhibit 215. |
| 501. | *Rutherford v. Day's Inn El Centro et al*, Case No. 3:2018cv02275-Central District of California | See Objections to Exhibit 215. |
| 502. | *Rutherford v. Rodeway Inn et al*, Case No. 3:2018cv02276-Central District of California | See Objections to Exhibit 215. |
| 503. | *Rutherford v. Shell Gas Station et al*, Case No. 3:2018cv02404-Central District of California | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 504. | *Rutherford v. Las Palmilas et al,* Case No. 3:2018cv02403-Central District of California | See Objections to Exhibit 215. |
| 505. | *Rutherford v. Pacific Western Bank et al,* Case No. 3:2018cv02468-Central District of California | See Objections to Exhibit 215. |
| 506. | *Rutherford v. Cocinero's Mexican Grill et al,* Case No. 3:2018cv02502-Central District of California | See Objections to Exhibit 215. |
| 507. | *Rutherford et al v. Dominick's Sandwiches et al,* Case No. 3:2018cv02663-Central District of California | See Objections to Exhibit 215. |
| 508. | *Rutherford et al v. Pacific Western Bank et al,* Case No. 3:2018cv02662-Central District of California | See Objections to Exhibit 215. |
| 509. | *Rutherford v. Tekila Cocina Mexicana et al,* Case No. 3:2018cv02668-Central District of California | See Objections to Exhibit 215. |
| 510. | *Rutherford v. Porters' El Jardin, Inc. et al,* Case No. 3:2018cv02674-Central District of California | See Objections to Exhibit 215. |
| 511. | *Rutherford et al v. El Pollo Loco #3429 et al,* Case No. 3:2018cv02831-Central District of California | See Objections to Exhibit 215. |
| 512. | *Rutherford et al v. Grocery Outlet Bargain Market et al,* Case No. 3:2018cv02832-Central District of California | See Objections to Exhibit 215. |
| 513. | *Rutherford v. USA Gas et al,* Case No. 3:2018cv02857-Central District of California | See Objections to Exhibit 215. |
| 514. | *Rutherford v. Papa John's #2823 et al,* Case No. 3:2018cv02859-Central District of California | See Objections to Exhibit 215. |
| 515. | *Rutherford v. In-N-Out Burger et al,* Case No. 3:2018cv02860-Central District of California | See Objections to Exhibit 215. |
| 516. | *Rutherford v. Payless Shoes et al,* Case No. 3:2018cv02861-Central District of California | See Objections to Exhibit 215. |
| 517. | *Rutherford v. Dollar House et al,* Case No. 3:2018cv02450-Central District of California | See Objections to Exhibit 215. |
| 518. | *Rutherford v. Tom's Restaurant #23 et al,* Case No. 3:2018cv02451-Central District of California | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 519. | *Rutherford et al v. Evans Hotels, LLC et al*, Case No. 3:2018cv00435-Central District of California | See Objections to Exhibit 215. |
| 520. | *Rutherford et al v. Evans Hotels, LLC et al*, Case No. 3:2018cv00435-Central District of California | See Objections to Exhibit 215. |
| 521. | *Rutherford v. USA Gas et al*, Case No. 2:2019cv01448-Central District of California | See Objections to Exhibit 215. |
| 522. | *Rutherford v. MSM Burger, Corporation et al et al*, Case No. 8:2019cv00156-Central District of California | See Objections to Exhibit 215. |
| 523. | *Rutherford v. Quality Inn et al*, Case No. 5:2019cv00155-Central District of California | See Objections to Exhibit 215. |
| 524. | *Rutherford v. Mariano Palpallatoc  et al*, Case No. 5:2019cv00156-Central District of California | See Objections to Exhibit 215. |
| 525. | *Rutherford v. Budget Inn, et al*, Case No. 5:2019cv00157-Central District of California | See Objections to Exhibit 215. |
| 526. | *Rutherford v. Kiki Japanese Restaurant, et al*, Case No. 5:2019cv00158-Central District of California | See Objections to Exhibit 215. |
| 527. | *Rutherford v. La Mexicana Taqueria et al*, Case No. 5:2019cv00159-Central District of California | See Objections to Exhibit 215. |
| 528. | *Rutherford v. La Placita Party Time et al*, Case No. 5:2019cv00162-Central District of California | See Objections to Exhibit 215. |
| 529. | *Rutherford v. Relax Zone Massage et al*, Case No. 5:2019cv00164-Central District of California | See Objections to Exhibit 215. |
| 530. | *Rutherford v. RR San Dimas, LLC et al*, Case No. 5:2019cv00165-Central District of California | See Objections to Exhibit 215. |
| 531. | *Rutherford v. OEI Incorporated et al*, Case No. 5:2019cv00205-Central District of California | See Objections to Exhibit 215. |
| 532. | *Rutherford v. OEI Incorporated et al*, Case No. 5:2019cv00205-Central District of California | See Objections to Exhibit 215. |
| 533. | *Rutherford v. Lowell Trask et al*, Case No. 5:2019cv00206-Central District of California | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 534. | *Rutherford v. Lowell Trask et al,* Case No. 5:2019cv00206-Central District of California | See Objections to Exhibit 215. |
| 535. | *Rutherford v. Summer 93 LLC, et al,* Case No. 5:2019cv00208-Central District of California | See Objections to Exhibit 215. |
| 536. | *Rutherford et al v. Tijuana Tacos et al,* Case No. 5:2019cv00222-Central District of California | See Objections to Exhibit 215. |
| 537. | *Rutherford v. Jose J Jara et al,* Case No. 5:2019cv00361-Central District of California | See Objections to Exhibit 215. |
| 538. | *Rutherford v. Lon-Yeun Pung et al,* Case No. 8:2019cv00367-Central District of California | See Objections to Exhibit 215. |
| 539. | *Rutherford v. GrandH117 LLC et al,* Case No. 8:2019cv00368-Central District of California | See Objections to Exhibit 215. |
| 540. | *Rutherford v. Pargat Singh et al*, Case No. 8:2019cv00369-Central District of California | See Objections to Exhibit 215. |
| 541. | *Rutherford v. Abdullah Akbar et al,* Case No. 2:2019cv01408-Central District of California | See Objections to Exhibit 215. |
| 542. | *Rutherford v. Taco Bell No. 017420 et al,* Case No. 5:2019cv00362-Central District of California | See Objections to Exhibit 215. |
| 543. | *Rutherford v. Ismael Diaz et al,* Case No. 2:2019cv01409-Central District of California | See Objections to Exhibit 215. |
| 544. | *Rutherford v. Yang Soon Lee et al,* Case No. 5:2019cv00363-Central District of California | See Objections to Exhibit 215. |
| 545. | *Rutherford v. Johnnys Burgers Madison, Inc. et al,* Case No. 5:2019cv00364-Central District of California | See Objections to Exhibit 215. |
| 546. | *Rutherford v. Ismael Diaz et al,* Case No. 5:2019cv00366-Central District of California | See Objections to Exhibit 215. |
| 547. | *Rutherford v. J C G Group Inc. et al,* Case No. 5:2019cv00379-Central District of California | See Objections to Exhibit 215. |
| 548. | *Rutherford v. St Hong Kong Express et al,* Case No. 8:2019cv00393-Central District of California | See Objections to Exhibit 215. |
| 549. | *Rutherford v. Red Lobster Hospitality LLC et al,* Case No. 3:2019cv00182-Central District of California | See Objections to Exhibit 215. |
| 550. | *Rutherford v. Scrubmart of San Diego, Inc. et al,* Case No. 3:2019cv00183-Central District of California | See Objections to Exhibit 215. |

| Def. Ex.# | Description | Plaintiff's Objections |
|---|---|---|
| 551. | *Rutherford v. Denny's #6488 et al*, Case No. 3:2019cv00184-Central District of California | See Objections to Exhibit 215. |
| 552. | *Rutherford v. SD Blenders Inc. et al*, Case No. 3:2019cv00226-Central District of California | See Objections to Exhibit 215. |
| 553. | *Rutherford et al v. Ruiz et al*, Case No. 3:2019cv00249-Central District of California | See Objections to Exhibit 215. |
| 554. | *Rutherford et al v. Gurudev Enterprises LLC et al*, Case No. 3:2019cv00251-Central District of California | See Objections to Exhibit 215. |
| 555. | *Rutherford v. Tacos El Portal et al*, Case No. 3:2019cv00380-Central District of California | See Objections to Exhibit 215. |
| 556. | *Rutherford v. Los Charros et al*, Case No. 3:2019cv00379-Central District of California | See Objections to Exhibit 215. |
| 557. | *Rutherford v. Pancho's Mexican Grill et al*, Case No. 3:2019cv00381-Central District of California | See Objections to Exhibit 215. |
| 558. | *Rutherford v. Sunshine Pancake House et al*, Case No. 3:2019cv00382-Central District of California | See Objections to Exhibit 215. |
| 559. | *Rutherford v. Opa Greek Restaurant et al*, Case No. 3:2019cv00383-Central District of California | See Objections to Exhibit 215. |
| 560. | *Rutherford v. Derezin et al*, Case No. 3:2019cv00384-Central District of California | See Objections to Exhibit 215. |
| 561. | *Rutherford v. Belvedere Liquor LLC et al*, Case No. 3:2019cv00404-Central District of California | See Objections to Exhibit 215. |
| 562. | *Rutherford v. Light Bulb Coffee et al*, Case No. 3:2019cv00405-Central District of California | See Objections to Exhibit 215. |
| 563. | *Rutherford v. JC Resorts, LLC et al*, Case No. 3:2019cv00665-Central District of California | See Objections to Exhibit 215. |

Dated: June 20, 2019          MANNING LAW, APC

By: /s/ Joseph R. Manning Jr., Esq.
　　　Joseph R. Manning Jr., Esq.
　　　Attorney for Plaintiffs

*[signatures continued on next page]*

KLINEDINST PC

DATED: June 20, 2019                    By:  */s/ Nadia P. Bermudez*
                                             Nadia P. Bermudez
                                             Attorneys for Defendant
                                             EVANS HOTELS, LLC