1 Nadia P. Bermudez, Bar No. 216555
2 Patrick J. Goode II, Bar No. 299697
KLINEDINST PC
3 501 West Broadway, Suite 600
San Diego, California 92101
4 (619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com
5

6 Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
7 801 K Street, Ste. 2100
Sacramento, CA 95814
8 Phone: 916/444-7573

9 Attorneys for Defendant
10 EVANS HOTELS, LLC

11 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS,<br><br>Plaintiffs,,<br><br>v.<br><br>EVANS HOTELS, LLC, a California limited liability company and DOES 1 to 50,<br><br>Defendants. | Case No.   18-CV-00435-JLS (MSB)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:         Hon. Janis L. Sammartino<br>Magistrate Judge: Hon. Michael S. Berg<br>Complaint Filed:  2/26/18<br>Trial Date:    None set |

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of San Diego, California, and my business address is 501 West Broadway, Suite 600, San Diego, California 92101.

On **June 20, 2019**, I caused to be served the following documents:

**DEFENDANT EVANS HOTELS, LLC'S EVIDENTIARY HEARING BRIEF**

1

☐ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at San Diego, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address.

☐ By personally delivering the copies;

☐ By leaving the copies at the attorney's office;

☐ With a receptionist, or with a person having charge thereof; or

☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2019, at San Diego, California.

Sonja L. Hill

Service List
Rutherford v. Evans Hotels, LLC
3981-1008

| | |
|---|---|
| Joseph R. Manning, Jr.<br>Michael J. Manning<br>Tristan P. Jankowski<br>Craig G. Cote<br>Manning Law, APC<br>20062 S.W. Birth St., Ste. 200<br>Newport Beach, CA 92660 | Attorneys for Plaintiffs, JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS<br><br>949-200-8755 / FAX: 866-843-8308<br>joe@manninglawoffice.com;<br>jbarron@manninglawoffice.com;<br>mike@manninglawoffice.com;<br>adapracticegroup@manninglawoffice.com |
| Abbas Kazerounian, Esq.<br>Matthew M. Loker, Esq.<br>Elizabeth Wagner, Esq.<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626 | Attorneys for Plaintiffs, JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS<br><br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br><br>ak@kazlg.com / ml@kazlg.com /<br>elizabeth@kazlg.com |
| Joshua B. Swigart, Esq.<br>HYDE & SWIGART<br>2221 Camino Del Rio South, Ste. 101<br>San Diego, CA 92108 | Attorneys for Plaintiffs, JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS<br><br>Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022<br><br>josh@westcoastlitigation.com |

17196805v1