UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>EVANS HOTELS, LLC, et al.,<br><br>                                    Defendants. | Case No.:  18cv435-JLS(MSB)<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

A telephonic attorneys-only Case Management Conference was held on August 27, 2019.  A telephonic attorneys-only Case Management Conference is set for **November 20, 2019**, at **11:30 a.m.**  Plaintiffs' counsel is to arrange and initiate the conference call.  The telephone number for Judge Berg's chambers is (619) 557-6632.

**IT IS SO ORDERED.**

Dated:  August 27, 2019

Honorable Michael S. Berg
United States Magistrate Judge

1