1  Nadia P. Bermudez, Bar No. 216555
   Patrick J. Goode, Bar No. 299697
2  KLINEDINST PC
   501 West Broadway, Suite 600
3  San Diego, California 92101
   (619) 239-8131/FAX (619) 238-8707
4
   Lindsay N. Casillas, Bar No. 269688
5  KLINEDINST PC
   801 K Street, Suite 2100
6  Sacramento, California 95814
   (916) 444-7573/FAX (916) 444-7544
7
   Attorneys for Defendant EVANS
8  HOTELS, LLC

9

10

11              **UNITED STATES DISTRICT COURT**

12           **SOUTHERN DISTRICT OF CALIFORNIA**

13

14  JAMES RUTHERFORD, an individual,      Case No. 18-CV-00435-JLS (MSB)
    THE ASSOCIATION 4 EQUAL
15  ACCESS,                               **EVANS HOTELS, LLC'S REPLY
                                          TO PLAINTIFF'S
16          Plaintiffs,                   SUPPLEMENTAL OPPOSITION
                                          TO DEFENDANT'S EX PARTE
17       v.                               MOTION TO FILE A
                                          SUPPLEMENTAL BRIEF RE
18  EVANS HOTELS, LLC a California         OPPOSITION TO CLASS ACTION
    limited liability company and DOES 1  AND REOPEN CLASS
19  to 50,                                DISCOVERY**

20          Defendants.

21                                        Crtrm.             4D
                                          Judge:             Hon. Janis L. Sammartino
22                                        Magistrate Judge:  Hon. Michael S. Berg
                                          Complaint Filed:   2/26/18
23                                        Trial Date:        None set

24

25

26

27

28

EVANS HOTELS, LLC'S REPLY TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S
EX PARTE MOTION TO FILE A SUPPLEMENTAL BRIEF

*KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101*

On May 5, 2019, Defendant Evans Hotels, LLC's ("Evans Hotels") moved *ex parte* to file a supplemental brief regarding opposition to class action and reopen class discovery. [Dkt No. 60.] As a basis to file additional briefing and class discovery related to the issue of the proposed class counsel to serve in that capacity in this case, Evans Hotel referenced an action filed by the County of Riverside's District Attorney against Plaintiff and his counsel, styled as *The People of the State of California v. James Rutherford, etc., et al.*, Case No. RIC 1902577 ("Riverside D.A.'s Action"). As noted in the *ex parte* motion, the Riverside's District Attorney on behalf of the State of California had filed claims against Plaintiff and his counsel.   [Dkt No. 60.] The Complaint brought by the District Attorney's Office states: "The People allege that Defendants intentionally communicated, in each and every one of their federal ADA lawsuits, multiple false allegations, misrepresentations and implications, in an effort to obtain and/or extort monies from the individuals and businesses sued therein." [Dkt No. 60.0.] (*See* also, Defendant Evans Hotels' Request for Judicial Notice, Ex. A.)

On August 6, 2019, Plaintiffs filed a supplemental opposition to the *ex parte* motion and represented to the court that the Riverside D.A.'s Action had been dismissed and was "fully disposed of." [Dkt No. 81.]  However, the County of Riverside's District Attorney's Office on behalf of the State of California filed a Notice of Appeal on September 17, 2019. (*See* Defendant Evans Hotels, Request for Judicial Notice, Ex. B.)  An appeal of the dismissal of the case is presently pending. Further, a District Court of Appeal Number E073700 was issued on September 23, 2019. (*See* Evans Hotels, Request for Judicial Notice, Ex. C, the Register of Actions.)

As of this date, Evans Hotels, LLC's Motion to Re-Open Discovery is still pending.

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1

2   DATED:  January 10, 2020

KLINEDINST PC

By:  _____/s/Nadia P. Bermudez_____

3   Nadia P. Bermudez
    Lindsey N. Casillas
4   Attorneys for Defendant EVANS
    HOTELS, LLC
5

6

7   18218869.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

501 West Broadway, Suite 600
San Diego, California 92101
Klinedinst PC

2

Case No. 18-CV-00435-JLS (MSB)

EVANS HOTELS, LLC'S REPLY TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S
EX PARTE MOTION TO FILE A SUPPLEMENTAL BRIEF

**<u>CERTIFICATE OF SERVICE</u>**

**Rutherford v. Evans Hotels, LLC**
**18-CV-00435-JLS (MSB)**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Diego, State of California.  My business address is 501 West Broadway, Suite 600, San Diego, California 92101.

On January 10, 2020, I served true copies of the following document(s) described as **EVANS HOTELS, LLC'S REPLY TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S EX PARTE MOTION TO FILE A SUPPLEMENTAL BRIEF RE OPPOSITION TO CLASS ACTION AND REOPEN CLASS DISCOVERY** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 10, 2020, at San Diego, California.

Sonja L. Hill

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1

1
2

Service List
Rutherford v. Evans Hotels, LLC
3981-1008

3
4
5
6
7
8

| Joseph R. Manning, Jr.<br>Michael J. Manning<br>Tristan P. Jankowski<br>Craig G. Cote<br>Manning Law, APC<br>20062 S.W. Birth St., Ste. 200<br>Newport Beach, CA  92660 | Attorneys for Plaintiffs, JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS<br><br>949-200-8755 / FAX: 866-843-8308<br>joe@manninglawoffice.com;<br>jbarron@manninglawoffice.com;<br>mike@manninglawoffice.com;<br>adapracticegroup@manninglawoffice.com |
|---|---|
| Abbas Kazerounian, Esq.<br>Matthew M. Loker, Esq.<br>Elizabeth Wagner, Esq.<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626 | Attorneys for Plaintiffs, JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS<br><br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br><br>ak@kazlg.com / ml@kazlg.com /<br>elizabeth@kazlg.com |
| Joshua B. Swigart, Esq.<br>HYDE & SWIGART<br>2221 Camino Del Rio South, Ste. 101<br>San Diego, CA 92108 | Attorneys for Plaintiffs, JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS<br><br>Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022<br><br>josh@westcoastlitigation.com |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

CERTIFICATE OF SERVICE
18-CV-00435-JLS (MSB)