Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544

Attorneys for Defendant EVANS HOTELS, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS,<br><br>Plaintiffs,<br><br>v.<br><br>EVANS HOTELS, LLC a California limited liability company and DOES 1 to 50,<br><br>Defendants. | Case No. 18-CV-00435-JLS (MSB)<br><br>**DECLARATION OF LINDSEY N. CASILLAS IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES OR IN THE ALTERNATIVE, FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THIS COURT'S INHERENT POWERS**<br><br>Date: November 5, 2020<br>Time: 1:30 p.m.<br>Courtroom: 4D<br>Judge: Hon. Janis L. Sammartino<br>Magistrate Judge: Hon. Michael S. Berg<br>Complaint Filed: February 26, 2018<br>Trial Date: None set |

I, Lindsey N. Casillas, do hereby declare:

1. I am an attorney at law duly licensed to appear before all courts in the State of California and am a Shareholder with Klinedinst PC, attorneys of record for Defendant EVANS HOTELS, LLC, in the above-captioned action.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto.

3. I have been a civil litigation attorney in for 10 years. I am currently a Shareholder with Klinedinst PC, where I have worked since 2014. I have been continuously working in civil litigation practice state-wide for 10 years. I obtained my Juris Doctorate Degree from the University of Pacific-McGeorge School of Law in 2009. I am admitted to the Ninth Circuit of the United States Court of Appeals, as well as the Northern, Central, Eastern and Southern District Courts of California. In 2018, 2019 and 2020, I was named a Rising Star by the Northern California Super Lawyers®. I am very familiar with the rates for attorneys with my level of experience in the Southern District. My regular rate for litigation matters is $350 per hour. In my experience, $350.00 per hour is, in fact, a reasonable hourly rate for attorneys with my level of experience in the Southern District. My rate and the others listed here was significantly discounted to $250 an hour due to the applicable Markel Shand, Inc. insurance rate on the matter.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on this 16th day of September, 2020, at San Diego, California.

_____
Lindsey N. Casillas

18780281.1