Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544

Attorneys for Defendant EVANS
HOTELS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS,<br><br>Plaintiffs,<br><br>v.<br><br>EVANS HOTELS, LLC a California limited liability company and DOES 1 to 50,<br><br>Defendants. | Case No. 18-CV-00435-JLS (MSB)<br><br>**DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF MOTION FOR ATTORNEY'S FEES OR IN THE ALTERNATIVE, FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THIS COURT'S INHERENT POWERS**<br><br>Date:          November 5, 2020<br>Time:          1:30 p.m.<br>Courtroom:          4D<br>Judge:          Hon. Janis L. Sammartino<br>Magistrate Judge:          Hon. Michael S. Berg<br>Complaint Filed:          February 26, 2018<br>Trial Date:          None set |

I, Nadia P. Bermudez, do hereby declare:

1.    I am an attorney at law duly licensed to appear before all courts in the State of California and am a shareholder with Klinedinst PC, attorneys of record for Defendant EVANS HOTELS, LLC, in the above-captioned action.

2.    I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are

1   explicitly set forth as based upon my information and belief and, as to such matters,

2   I am informed and believe that they are true and correct.

3        3.     I have represented Defendant since the inception of this case.  On

4   January 18, 2018, Rutherford and the Association filed a complaint against

5   Defendant for violation of the Unruh Act and for declaratory relief for violations of

6   Title III of the ADA and the Unruh Act in the Superior Court of the State of

7   California, County of San Diego, claiming that Defendant's hotel reservation system

8   denied Plaintiffs and those similarly situated full and equal access to its reservation

9   services. Plaintiffs filed an amended complaint on February 16, 2018.

10        4.     After filing their initial complaint, Plaintiffs sent a February 5, 2018

11   letter to Defendant that included a monetary demand of $73,000 plus costs. A true

12   and correct copy of the February 8, 2018 letter is attached as **<u>Exhibit A</u>** hereto.

13        5.     On February 26, 2018, Defendant removed to this Court on the basis of

14   federal question jurisdiction.

15        6.     On March 2, 2018, Defendant served each Plaintiff a Rule 68 Offer of

16   Judgment in the amount of $5,501, with a statement that since February 27, 2018,

17   Defendant had taken steps necessary to ensure that Defendant's on-line reservation

18   services (the "Websites") allowed persons with mobility impairments to

19   independently identify accessible feature of Defendant's hotels and independently

20   reserve accessible rooms.

21        7.     A true and correct copy of the Rule 68 offer to Rutherford is attached

22   as **<u>Exhibit B</u>** hereto.

23        8.     A true and correct copy of the Rule 68 offer to the Association is

24   attached as **<u>Exhibit C</u>** hereto.

25        9.     On March 13, 2018, the Offers were rejected by Plaintiff's counsel.  A

26   true and correct copy of the Plaintiff's counsel email is attached as **<u>Exhibit D</u>** hereto.

27        10.    No reasonable counter-offers were ever made by Plaintiffs.

28   / / /

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

Case No. 18-CV-00435-JLS (MSB)

DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF MOTION FOR ATTORNEY'S FEES OR IN THE
ALTERNATIVE, FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THIS COURT'S INHERENT POWERS

11.     Twelve depositions were taken in this case.  Defendant noticed and took only two depositions, including Rutherford (on October 16, 2018) and in Rutherford's capacity as the 30(b)(6) designated witness on behalf of the Association on October 19, 2018.  Plaintiffs, on the other hand, noticed and took ten depositions of various Defendant's employees, including a Evans Hotels Senior Vice President, *and* a Rule 30(b)(6) deposition with 17 separate topics.  Plaintiffs' noticed depositions included numerous Defendant's employees: Diane Koczur (as an individual on October 26, 2018 and as a PMQ on December 18, 2018), Scott Hartman (on November 9, 2018), Andy Thomas (individual: November 2, 2018; PMQ: December 20, 2018), Heath Pitts (on October 31, 2018), Thomas Mohrlock (on October 31, 2018), Tom Farley (on October 23, 2018), Kimberly Guerrero (on October 23, 2018), and Patrick Martin (on November 9, 2018).

12.     In email communications with my office, Plaintiffs' counsel regularly included up to eight different attorneys from three or four different law firms that were representing Plaintiffs in this action.  True and correct copies of such communications are attached as **<u>Exhibit E and F</u>** hereto.

13.     I am very familiar with the rates for attorneys with my level of experience in the Southern District. In my experience, $450.00 per hour is, in fact, a reasonable hourly rate for attorneys with my level of experience in the Southern District.  As discussed further below, the reimbursement rate sought is $250 per hour for shareholders, $225 for associates and $100 for paralegals.  This discounted rate is based on the insurance rates provided by Markel Shand, Inc.

14.     For the purpose of the attorney fee award in this matter, I offer the following discussion of my background and experience.  I have been a civil litigation attorney in for 19 years. I began my career in 2001 as a litigation associate with Pillsbury Winthrop LLP in San Diego, California.  I am currently a Shareholder with Klinedinst PC, where I have worked since 2015.  I have been continuously working in civil litigation practice state-wide for 19 years, including

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

3

defense of class ADA, wage and hour, and consumer-based litigation.  I attended the University of California, Irvine, graduating in 1998 with honors and obtained my Juris Doctorate Degree from Stanford Law School in 2001 with an honor in Evidence.  I am admitted to the Ninth Circuit of the United States Court of Appeals, as well as the Northern, Central and Southern District Courts of California.  I have tried a jury trial and bench trials to verdict.  I served as the Co-Chair of the Lawyer Representatives for the Southern District of California from 2017 to 2019.  In 2019 and 2020, I was named as one of the Top 25 Women Attorneys by the San Diego Super Lawyers® and a Top 50 Attorney in 2020.  I received the AV®-Preeminent™ rating by the Martindale-Hubbell® Peer Review Ratings™ in 2019.  I have authored works published by the American Bar Association ("ABA"), ABA TortSource, and *The Business Lawyer*, among various publications.  I am very familiar with the rates for attorneys with my level of experience in the Southern District. My regular rate for litigation matters is $450 per hour.  In my experience, $450.00 per hour is, in fact, a reasonable hourly rate for attorneys with my level of experience in the Southern District.  My rate and the others listed here was significantly discounted to $250 an hour due to the applicable Markel Shand, Inc. insurance rate on the matter. The non-shareholder rate on this insurance matter is $225 per hour.

15.     In addition, Lindsey N. Casillas, Andrea Oxman, Patrick Goode, and Charles Gulley also worked on the matter at various times during this litigation. At no time were all lawyers simultaneously staffed on this 2.5 year old case.  Cam Picano, a paralegal, also provided support in this matter with a rate of $100 per hour. She has thirty years' experience as a paralegal with Klinedinst PC.  Ms. Picano received her Bachelor of Science *cum laude* from the University of Nebraska.

16.     Ms. Casillas has submitted a declaration concurrently regarding her background as counsel on this matter.  Her work on this matter began on November 19, 2018, after Mr. Gulley resigned from the firm, and continues to date.

/ / /

DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF MOTION FOR ATTORNEY'S FEES OR IN THE ALTERNATIVE, FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THIS COURT'S INHERENT POWERS

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

17.     Mr. Goode, Ms. Oxman and Mr. Gulley who previously worked on the matter are no longer employed with employed at Klinedinst PC.  Their prior work on the matter was critical and necessary to the defense of this case.

18.     Prior to joining Klinedinst, **Charles Gulley** served as Judicial Law Clerk to the Honorable John A. Houston, United States District Judge for the Southern District of California. Mr. Gulley earned his Juris Doctorate from William & Mary Law School in 2016 and is Bachelor of Arts degree from Chapman University in 2011.  Mr. Gulley was admitted to the California Bar in January 2017.  Mr. Gulley presently works as an attorney with Witham Mahoney & Abbott, LLP in San Diego, California.  **Patrick Goode** graduated with top honors from Florida Coastal School of Law in 2014 and the University of Central Florida in 1999 with a B.S. in Business Administration.  Mr. Goode became a member of the California Bar and admitted in the Southern District of California in 2014.  Mr. Goode is currently a Litigation Attorney for the San Diego Superior Court.  **Andrea Oxman** graduated from the University of Southern California Gould School of Law in 2007 and earned her B.A. from University of California, Los Angeles in 2004, graduating *summa cum laude.* Ms. Oxman is admitted to the Ninth Circuit Court of Appeals, Central District of California, Northern District of California and Southern District of California.  She was admitted to the California Bar in 2007.  Ms. Oxman is currently a Principal with Jackson Lewis, LLP handling class action matters in Los Angeles, California.

19.     Attorneys at Klinedinst PC keep track of time spent on a given matter using computerized billing software, called Juris. Time is billed in increments of 0.10 hours. Additionally, all of the timer data is saved at the end of each day and can be printed out for a given client, case, project or time period.  Prior to submitting this information to the Court, I carefully reviewed each of the time entries on the attached record (Exhibit G) to make sure that (1) the time entries were related to this action, (2) the time entries were necessarily incurred and (3) the amount of each

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1  time entry was reasonable in light of the work done.  Thus, the entries on the

2  attached invoice reflect a detailed review prior to submission to this Court.

3      20.    Accordingly, and as shown by the billing records for this case, I

4  reasonably spent 400.5 hours from the inception of this case in January 2018

5  through the preparation of this Motion on September 17, 2020.

6      21.    Each of the attorneys that worked on this file spent reasonably time on

7  the identified tasks, totaling $202,817.50:

| Timekeeper | Row Labels | Sum of Hours |
|---|---|---|
| Andrea Oxman, Esq. ($250/hr) | AFO | 17.6 |
| Cam Picano (Paralegal) ($100/hr) | CBP | 15.7 |
| Charles Gulley, Esq. ($225/hr) | CEG | 154.6 |
| Lindsey Casillas, Esq. (Initially $225/hr and $250/hr after 1/1/2020) | LNH | 271.9 |
| Nadia P. Bermudez, Esq. ($250/hr) | NPB | 400.5 |
| Patrick Goode, Esq. ($225/hr) | PJG | 6.8 |
| | **Grand Total** | **867.1** |

14      22.    A true and correct copy of a printout for this case made up of

15  contemporaneously kept billing records is attached hereto as <u>Exhibit G</u> hereto.  A

16  few redactions were necessary in this billing record in light of certain sensitive

17  communications related to the matter and for third party privacy considerations.

18      23.    The total costs in this case total $12,615.73.  A true and correct copy of

19  a printout of costs for this case is attached hereto as <u>Exhibit H</u>  hereto.

20      24.    In addition, I anticipate requiring an additional five hours at $250 per

21  hour to prepare a Reply memorandum ($1,250) and prepare for any hearing on this

22  Motion, for an additional $1,000.  I anticipate that the Motion will be opposed

23  vigorously.

24      25.    Thus, I respectfully request that the Court award the sum of

25  $202,817.50 plus the estimated $2,250 for a total of $205,067.50 as reasonable

26  attorney's fees and $12,615.73 in costs incurred in connection with this lawsuit.

27      I declare under penalty of perjury pursuant to the laws of the State of

28  California that the foregoing is true and correct.

Case No. 18-CV-00435-JLS (MSB)

DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF MOTION FOR ATTORNEY'S FEES OR IN THE ALTERNATIVE, FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THIS COURT'S INHERENT POWERS

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1   Executed on this 17th day of September, 2020, at San Diego, California.

2

3

4

5                                                            _____

                                                             Nadia P. Bermudez

6   18748783.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

501 West Broadway, Suite 600
San Diego, California 92101
Klinedinst PC

Case No. 18-CV-00435-JLS (MSB)

DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF MOTION FOR ATTORNEY'S FEES OR IN THE
ALTERNATIVE, FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THIS COURT'S INHERENT POWERS