Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707

Lindsay N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544

Attorneys for Defendant EVANS HOTELS, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS,<br><br>Plaintiffs,<br><br>v.<br><br>EVANS HOTELS, LLC a California limited liability company and DOES 1 to 50,<br><br>Defendants. | Case No. 18-CV-00435-JLS (MSB)<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:            Hon. Janis L. Sammartino<br>Magistrate Judge: Hon. Michael S. Berg<br>Complaint Filed: 2/26/18<br>Trial Date:       None set |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, Suite 600, San Diego, California 92101.

On September 17, 2020, I served true copies of the following document(s) described as

**1.   DEFENDANT, EVANS HOTELS, LLC'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES OR IN THE ALTERNATIVE, FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THIS COURT'S**

1                                                          Case No. 18-CV-00435-JLS (MSB)

INHERENT POWERS;

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT, EVANS HOTELS, LLC'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES OR IN THE ALTERNATIVE, FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THIS COURT'S INHERENT POWERS;**

3. **DECLARATION OF LINDSEY N. CASILLAS IN SUPPORT OF DEFENDANT, EVANS HOTELS, LLC'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES OR IN THE ALTERNATIVE, FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THIS COURT'S INHERENT POWERS;**

4. **DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF DEFENDANT, EVANS HOTELS, LLC'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES OR IN THE ALTERNATIVE, FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THIS COURT'S INHERENT POWERS;**

5. **[PROPOSED] ORDER ON DEFENDANT, EVANS HOTELS, LLC'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES OR IN THE ALTERNATIVE, FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927 AND THIS COURT'S INHERENT POWERS**

on the interested parties in this action as follows:

| | |
|---|---|
| Joseph R. Manning, Jr.<br>Michael J. Manning<br>Tristan P. Jankowski<br>Craig G. Cote<br>Manning Law, APC<br>20062 S.W. Birth St., Ste. 200<br>Newport Beach, CA 92660 | Attorneys for Plaintiffs, JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS<br><br>949-200-8755 / FAX: 866-843-8308<br>joe@manninglawoffice.com;<br>jbarron@manninglawoffice.com;<br>mike@manninglawoffice.com;<br>adapracticegroup@manninglawoffice.com |

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

| | |
|---|---|
| Abbas Kazerounian, Esq.<br>Matthew M. Loker, Esq.<br>Elizabeth Wagner, Esq.<br>Pamela E. Prescott, ESq.<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626 | Attorneys for Plaintiffs, JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS<br><br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br><br>ak@kazlg.com / ml@kazlg.com /<br>elizabeth@kazlg.com<br>pamela@kazlg.com |
| Joshua B. Swigart, Esq.<br>HYDE & SWIGART<br>2221 Camino Del Rio South, Ste. 101<br>San Diego, CA 92108 | Attorneys for Plaintiffs, JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS<br><br>Telephone: (619) 233-7770<br>Facsimile: (619) 297-1022<br><br>josh@westcoastlitigation.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 17, 2020, at San Diego, California.

*/s/ Faith Ann McGee*
Faith Ann McGee