UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, and THE ASSOCIATION 4 EQUAL ACCESS,<br><br>                                    Plaintiffs,<br><br>v.<br><br>EVANS HOTELS, LLC, and DOES 1 to 50,<br><br>                                    Defendants. | Case No.:  18-CV-435 JLS (MSB)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 103) |

Presently before the Court is Defendant Evans Hotels, LLC's Motion for Attorney's Fees or in the Alternative, for Sanctions Pursuant to 28 U.S.C. § 1927 and This Court's Inherent Powers (ECF No. 103).  The Court **VACATES** the hearing currently set for November 5, 2020, at 1:30 p.m., and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

   **IT IS SO ORDERED.**

Dated:  October 29, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge