1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RUTHERFORD, an individual, and THE ASSOCIATION 4 EQUAL ACCESS, | Case No. 18-CV-435-JLS (MSB) |
| Plaintiffs, | ~~[PROPOSED]~~ **JUDGMENT** |
| v. | Judge:                    Hon. Janis L. Sammartino |
| EVANS HOTELS, LLC, a California limited liability company; and DOES 1 to 50, | Magistrate Judge:    Hon. Michael S. Berg<br>Complaint Filed:      2/26/18<br>Trial Date:              None set |
| Defendants. | |

On May 14, 2021, the Court granted in part Defendant EVANS HOTELS, LLC's ("Defendant") Motion for Attorneys' Fees. *See* ECF No. 107.

In accordance with the Court's Orders:

IT IS ORDERED, ADJUDGED AND DECREED:

1.     Defendant **SHALL RECOVER** from Plaintiffs JAMES RUTHERFORD and THE ASSOCIATION 4 EQUAL ACCESS the total sum of $115,074.48, consisting of $102,458.75 in attorneys' fees and $12,615.73 in costs.

///

///

///

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1    2.    The case **IS TO BE REMANDED** in accordance with the Court's

2    September 3, 2020 Order.  *See* ECF No. 102.

3    **IT IS SO ORDERED.**

4    Dated:  July 7, 2021

5    Hon. Janis L. Sammartino
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

Case No. 18-CV-435 JLS (MSB)